**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:23-cv-02431

WILLIAM MARVIN KLAES, on behalf of herself and others similarly situated,

     Plaintiff,

v.

FRONTIER AIRLINES, INC

     Defendant.

---

## AFFIDAVIT OF SERVICE

---

     In accordance with Rule 4 of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the Summons and Complaint issued by the United States District Court for the District of Colorado on the Defendant Frontier Airlines, Inc was served on September 20th, 2023 via process server, declaration of service attached hereto as Exhibit "A".

Dated: September 25th, 2023

          Respectfully Submitted,
          /s/ Blake G. Abbott
          Blake G. Abbott
          Paul J. Doolittle
          **POULIN | WILLEY
          ANASTOPOULO, LLC**
          32 Ann Street
          Charleston, SC 29403

Tel: (803) 222-2222
Email: blake.abbott@poulinwilley.com
       paul.doolittle@poulinwilley.com
       cmad@poulinwilley.com