"Exhibit A"

| IN THE DISTRICT COURT, DENVER COUNTY, COLORADO | **FOR COURT USE ONLY** |
|---|---|
| **WILLIAM MARVIN KLAES**<br>Plaintiff/Petitioner<br>vs.<br>**FRONTIER AIRLINES**<br>Defendant/Respondent | Case #  **1:23-CV-02431**<br>Hearing Date: |

### DECLARATION OF SERVICE

Received by **Raul Aranda**, on the **19th day of September, 2023 at 8:58 PM** to be served on **Frontier Airlines, Inc.** at **4545 Airport Way, Denver, Denver County, CO 80239**.

I, **Raul Aranda**, declare under penalty of perjury that I am 18 years or older and not a party to the action and that on the **20th day of September, 2023 at 2:47 PM**, I **SERVED** the within named corporation at **4545 Airport Way, Denver, Denver County, CO 80239**, in the manner indicated below:

**CORPORATE SERVICE**, by personally delivering **1** copy(ies) of the below listed documents to the named Corporation, by serving **MARCIA ATTEA**, on behalf of said Corporation.

**Documents Served:** **SUMMONS; COMPLAINT; CIVIL COVER SHEET; CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES; ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION**.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS: **Frontier Airlines, Inc., I delivered the documents to MARCIA ATTEA who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 5'8"-5'10" tall and weighing 200-240 lbs with glasses.**

Service Fee Total: **$75.00**

Per C.R.S. § 13-27-101 I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on  09/20/2023
                      (date)

at  Adams County
    (city or other location, and state OR county)

Raul Aranda
       (printed name)

        (signature)

REF: **REF-13709401**     PAGE 1 OF 1
                ORIGINAL PROOF OF SERVICE
                                   Tracking #: **0114510570**