**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-02431

William Marvin Klaes,
individually and on behalf of
others similarly situated,

      Plaintiff,

      v.

Frontier Airlines, Inc.,

      Defendant.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff William Marvin Klaes.

DATED:  September 28, 2023

*/s/ Paul J. Doolittle*
Paul J. Doolittle, Esq.
(Fed. SC. Bar No 6012)
**POULIN | WILLEY**
**ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
Tel: (803) 222-2222
Email: paul.doolittle@poulinwilley.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of September 2023. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Paul Doolittle*
Paul Doolittle