## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02431-STV

WILLIAM MARVIN KLAES, individually
and on behalf of others similarly situated,

     Plaintiff,

v.

FRONTIER AIRLINES, INC.,

     Defendant.

---

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

---

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 6.1, Defendant Frontier Airlines, Inc. ("Frontier") respectfully moves for a sixty (60) day extension of time, through and including December 11, 2023, for Frontier to respond to the Complaint, and states as follows:

1. Plaintiff filed this putative class action on or about September 18, 2023, seeking a declaratory judgment, injunctive relief, and damages relating to a flight credit or voucher that Plaintiff was issued for travel on Frontier but was unable to use because it had expired.

2. Plaintiff asserts a nationwide class of "[a]ll persons in the United States who received a Voucher from Defendant from 2020 to the Present."

3. Plaintiff asserts eight causes of action against Frontier (1) negligent misrepresentation, (2) unjust enrichment, (3) breach of express warranty, (4) breach of implied

warranty of fitness for a particular purpose, (5) breach of implied warranty of merchantability, (6) breach of contract, (7) fraud, and (8) fraudulent misrepresentation and/or inducement.

4.      Without waiving any rights and defenses regarding service of process, Frontier allegedly was served on September 20, 2023, making a response due, at the earliest, October 11, 2023.

5.      Pursuant to Fed. R. Civ. P. 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time [with or without motion if a request is made] before the original time or its extension expires . . . ."  In addition, Local Rule 6.1 provides that a motion for extension of time shall state the reason for the extension, the length of the requested extension, and the total number of extensions granted previously.

6.      Here, Frontier requests a 60-day extension of time to file a response to the Complaint.  The requested extension, if granted, would make Frontier's new deadline to respond to the Complaint December 11, 2023.

7.      This is Frontier's first request for an extension to respond to the Complaint.

8.      Good cause exists for the requested extension.  Undersigned counsel was only recently retained to represent Frontier.  As a result, and given the number of causes of action asserted, Frontier needs additional time to investigate the allegations in the Complaint and prepare its response.  Frontier is reviewing grounds for a comprehensive pre-answer motion to dismiss on failure to state a claim and preemption grounds.

9.      The extension is sought in order that justice may be done, and to conserve the resources of the parties and the Court.  Additionally, the requested extension will not cause undue delay or prejudice, as the case is in its earliest stages and discovery has not yet commenced.

10.     The undersigned conferred with Plaintiff's counsel regarding the relief requested herein.  Plaintiff's counsel advised that Plaintiff does not oppose the requested 60-day extension of time for Frontier to respond to the Complaint.

Dated this 4th day of October, 2023.

*/s/ Anna S. Day*
Anna S. Day, #50725
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: anna.day@hklaw.com

*Attorney for Defendant Frontier Airlines, Inc.*

## **<u>CERTIFICATE OF SERVICE</u>**

       I hereby certify that on this 4th day of October, 2023, a true and correct copy of the foregoing was filed via CM/ECF and served electronically through CM/ECF on the following:

Blake Garrett Abbott
Paul J. Doolittle
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: blake@akimlawfirm.com
       paul.doolittle@poulinwilley.com

*Attorneys for Plaintiff*

/s/ Anna S. Day
Anna S. Day

4