IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02431-CNS-STV

WILLIAM MARVIN KLAES, individually
and on behalf of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SCHEDULING CONFERENCE AND ASSOCIATED DEADLINES**

Defendant Frontier Airlines, Inc. ("Frontier") respectfully requests that the Court continue by at least forty-five (45) days the Scheduling Conference set for November 28, 2023, and its associated deadlines, and states as follows:

1. Plaintiff filed this putative class action on or about September 18, 2023, seeking a declaratory judgment, injunctive relief, and damages relating to a flight credit or voucher that Plaintiff was issued for travel on Frontier but was unable to use because it had expired. (Doc. 1.)

2. Plaintiff asserts a nationwide class of "[a]ll persons in the United States who received a Voucher from Defendant from 2020 to the Present." (*Id.*)

3. Plaintiff asserts eight causes of action against Frontier (1) negligent misrepresentation, (2) unjust enrichment, (3) breach of express warranty, (4) breach of implied

warranty of fitness for a particular purpose, (5) breach of implied warranty of merchantability, (6) breach of contract, (7) fraud, and (8) fraudulent misrepresentation and/or inducement.  (*Id.*)

4. On September 25, 2023, the Court issued an order setting the Scheduling Conference for November 28, 2023.  (Doc. 5.)  The parties' deadline to submit the proposed Scheduling Order is November 21, 2023.  (*Id.*)

5. On October 5, 2023, the Court granted Frontier's request for a sixty-day extension of time to respond to the Complaint, up to and including December 11, 2023.  (Doc. 8.)

6. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time [with or without motion if a request is made] before the original time or its extension expires . . . ."  In addition, Local Rule 6.1 provides that a motion for extension of time shall state the reason for the extension, the length of the requested extension, and the total number of extensions granted previously.

7. Frontier hereby requests a continuance of the Scheduling Conference by at least forty-five days, and a corresponding continuance of the deadline for the parties to submit a proposed Scheduling Order.

8. This is Frontier's first request to extend the Scheduling Conference and associated deadlines.

9. Good cause exists for the requested continuation.  Frontier will be filing a pre-answer motion to dismiss, which will include preemption and failure to state a claim defenses.  Contemporaneous with this filing, Frontier plans to file a motion to stay discovery pending the Court's ruling on the motion to dismiss.  Frontier believes that following submission of its motions to dismiss and to stay discovery, the Court will be in a better position to evaluate whether the

parties should proceed with discovery, and to conduct the Scheduling Conference, if necessary. Further, any decisions made at this juncture concerning the schedule may be rendered moot by the motion to dismiss, which could result in dismissal of the case, or a narrowing of the issues.

10. As a result, the requested postponement of the Scheduling Conference and associated deadlines will promote judicial economy and conserve the resources of the parties and the Court.

11. The undersigned conferred with Plaintiff's counsel regarding the relief requested herein. Plaintiff's counsel advised that Plaintiff does not oppose the relief requested in this Motion.

Dated this 16th day of November, 2023.

*/s/ Anna S. Day*
Anna S. Day, #50725
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660
Facsimile: (303) 974-6659
Email: anna.day@hklaw.com

*Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2023, a true and correct copy of the foregoing was filed via CM/ECF and served electronically through CM/ECF on the following:

Blake Garrett Abbott
Paul J. Doolittle
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: blake@akimlawfirm.com
paul.doolittle@poulinwilley.com

*Attorneys for Plaintiff*

*/s/ Anna S. Day*
Anna S. Day