**Exhibit 1**




