**Exhibit 2**





**Business Profile**

# US Airline Services LLC

Online Travel Agency

◉ Multi Location Business

## Contact Information

📍 4100 Spring Valley Rd Ste 623
Dallas, TX 75244-3750
[Get Directions](#)

🌐 [Visit Website](#)

📞 [(844) 241-7850](#)

## Customer Reviews

This business has 0 reviews

[Be the First to Review!](#)

## Customer Complaints

**19** complaints closed in last 3 years

**18** complaints closed in last 12 months

[Read Complaints]

[File a Complaint](#)

## BBB Rating & Accreditation



**THIS BUSINESS IS NOT BBB ACCREDITED**

[Search for Accredited Businesses in this category](#)

**Customer Reviews are not used in the calculation of BBB Rating**

[Reasons for BBB Rating](#)

Related Categories

[Online Travel Agency](#)

## Business Details

This is a multi-location business.

**Location of This Business**
4100 Spring Valley Rd Ste 623, Dallas, TX 75244-3750

**BBB File Opened:** 10/5/2022

**Business Incorporated:** 3/14/2019

**Type of Entity:** Limited Liability Company (LLC)

**Business Management**
Mitesh Bharatkumar Ramani, President

**Contact Information**
Customer Contact
Mitesh Bharatkumar Ramani, President

## Industry Tip

BBB Tip: Need help planning a trip? How to find a good travel agent

Read More

## Customer Complaints

19 Customer Complaints

## Most Recent Customer Complaint

**Complaint Type:** Problems with Product/Service
**Status:** Resolved



07/18/2023

I was trying to reach ****** Airlines to cancel a flight and called the number listed online as their us toll free number. They said that they need to charge a $110.98 fee to cancel flights at the economy level, they sent an email to confirm that this was the amount that they would be charging to cancel my flight and refund the full amount. The email…

## Customer Reviews

0 Customer Reviews

**What do you think? Be the first to review!**
How BBB Processes Complaints and Reviews

Start a Review

## Local BBB

BBB serving North Central Texas

More Info on Local BBB

## BBB Reports On

BBB reports on known marketplace practices.

See What BBB Reports On

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.

© 2023, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.





**Complaints**

# US Airline Services LLC

Online Travel Agency

View Business profile

### Need to file a complaint?
BBB is here to help. We'll guide you through the process.

File a Complaint

## Complaint Details

Note that complaint text that is displayed might not represent all complaints filed with BBB. See details.

**Complaint Type:**
Problems with Product/Service
**Status:**
Resolved

 **Initial Complaint**
07/18/2023

I was trying to reach ****** Airlines to cancel a flight and called the number listed online as their us toll free number. They said that they need to charge a $110.98 fee to cancel flights at the economy level, they sent an email to confirm that this was the amount that they would be charging to cancel my flight and refund the full amount. The email included all of my flight information. When I clarified that I was cancelling the flight within 24 hours and that their **************** was to cancel a flight within that timeframe without penalty, they explained that because I am traveling from Europe into the U.S, the ***************** does not apply. I asked for a confirmation email and they said that it would send once the cancellation went through. I never received an email confirming cancellation, so I called ****** airlines who proceeded to cancel my flight without the $110.98 charge. This is clearly a fraudulent company.



**Business response**
07/18/2023

We have refunded the amount, please find the attached receipt for refund.



**Customer response**
07/27/2023

I have reviewed the business response and accept this resolution.

**Complaint Type:**
Problems with Product/Service
**Status:**
Resolved



**Initial Complaint**
07/18/2023

I called Delta to change my departure date on my flight and upgrade my seat from economy to premium economy. Whoever I spoke with on the phone at Delta said they were going to transfer me to their customer service department to make the change. Whoever I ended up getting transferred to was NOT delta but in reality was US Airline Services LLC. They pretended to be delta and told me they would process the change of departure date and seat upgrade.The person I was speaking with who said their name was ***** said that the change fee was extremely high and I would have to pay a large fee in order to change the date and upgrade the seat. Since I was under the impression I was speaking with a Delta representative I thought that I had no other options but to pay the large fee. When charging the card ***** told me that the payment would need to be split into two charges because my card would not allow the full amount at once. I said ok and we split the payments. Upon getting the receipt it showed:Charge 1: ******* USD (Charged As Delta Airline UAS)Charge 2: ****** USD (Charged As Delta Airline)Confused, I called back and the number was disconnected. I used the delta website chat and they told me the fee to change the departure and upgrade my seat was ****** total and sent me the receipt for my entire trip which showed the original ticket price and the $****** charge for upgrade. They did not have any record of a $******* payment. This company pretended to be Delta on the phone with me and then most likely relayed the information I gave and probably used the livechat on the delta website to pretend to be me and complelete the change through delta using my credit card and then stole $******* from me through my debit card. They are a fraudlent business that soley operates to steal money from people and then disconnect their phone numbers afterwards so you can't find them to get a refund. I want my money that they stole back. They need to be investigated.

 **Business response**
07/18/2023

We Have refunded the amount, Please find the attached receipt for refund.

 **Customer response**
07/24/2023

Confirming I have received the full refund. My complaint is resolved but the business needs to change their practices and stop taking money from unsuspecting customers in the future.

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered

 **Initial Complaint**
07/10/2023

We called to cancel our flight and this company, also under Airlinetravels.net, pretended to be ***** Air. Somehow they were able to attract us to call them through an ad online, as they were impersonating Swiss Air. They were able to look up our itinerary after we gave our reference # and took us through steps saying that if we paid a charge of $73.20/person CDN that they would then be refunding our full ticket amount we paid of $439.57 CDN. They said to please email the reason for having to cancel and we then sent the medical records and we did this.A month later we followed up and they said that it is still being processed and to follow ** in 15 business days. We have now called and followed up and the company representatives have now said that we have to contact who we booked the flights through, saying it was Expedia. This is when our 'radar sounded'!! We then thought we would 'test their legitimacy' and say that we have decided to now continue with our flight and to refund us back what we had paid, they said it would not be possible right away...that we would have to provide the last four digits of our credit card to confirm doing a credit (they already have all our info.). This is when we knew that they were NOT Swiss Air in that they were making us call another company to collect our refund!! This company/its representatives are fraudsters. When I googled their tel.#, **************, we saw that someone was complaining that this company had also misrepresented themselves as United Airlines!!Interestingly enough, the same day, we received a call/voicemail from someone with the 'same accent/nationality' saying they are from 'flight reservations' and that they were calling in regards to our recent enquiry with Expedia (we hadn't called Expedia yet) to confirm the refund. The toll free# they gave was **************.

 **Business response**
07/10/2023

We have refunded the amount. Please find the attached screenshot

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered

 **Initial Complaint**
07/06/2023

In January of 2023, we purchased airline tickets to Zrich, ***********. On May 24th, we noticed that there was some issue with one of the flights. We called US Airline Services and were told that the flight was canceled and we needed to rebook to a different flight. They charged us ****** USD for the rebooking. When we received an e-mail confirmation, it stated that it was our

request to change flights, but it was not. We started researching and found out that the original flight was not cancelled and if we wanted to make a change, it would be free for the first time, plus the airline told us they never received any payment for switching our flight. On June 7th, we called US Airline Services and were told that this was a charge for switching. After explaining everything and demanding a refund, we were told that we would receive an e-mail within 24 hours and a refund within 2 weeks. Neither one was received. On June 26th, I spent another 4 hours on the phone with them, but still no e-mail or refund. I want my money of ****** USD to be refunded for the fraudulent and unauthorized change of the flight.



**Business response**
07/06/2023

We have already refunded this amount on June 26th, 2023 ( Please find the attached receipt) and also informed the Passenger by e-mail & Phone.

**Complaint Type:**
Problems with Product/Service
**Status:**
Resolved



**Initial Complaint**
07/06/2023

They spoofed a Swiss Air number and fraudulentally had me book a complete new reservation for a flight already booked through Swiss Air and claimed I would get a refund. They never sent me any tickets and when I did not get these I discovered the scam. I immediately called United Airlines who credited they portion of the charge made to them and as advised by by bank called the number they had. I spoke to ***** who said I would get a complete refund. When I did not see a credit after 3 full days, I alerted my bank to the fraud. I am looking for a complete refund.



**Business response**
07/06/2023

We have refunded the amount, Please find the attached screenshot



**Customer response**
07/07/2023

I have reviewed the business response and accept this resolution.

**Complaint Type:**

Problems with Product/Service
**Status:**
Answered

 **Initial Complaint**
06/08/2023

I have been trying to book a flight for my manager for almost a month. She had to cancel a refundable flight back in December 2022 and we wanted to use her credits to partly pay for the booking. We received the confirmation that the flight can be booked, and the remaining amount to be paid would be ******* USD, including all taxes and fees. We were asked to confirm, and so we did within a few hours. After that, nothing happened. When I asked for an update, I was told we hadn't confirmed the flight, and therefore the opportunity was gone. I kept writing to ******************************** and always got the message back that they needed ***** hours to work on the issue. Can you please make sure my manager gets the ticket asap? Here are a few reference numbers that I got: ## ******* ##Swiss Airline Flight Reservation Confirmation *************** Original booking reference (for the flight that was cancelled): IRDJCH Please note that my phone number is ***************. The form didn't accept this format.I prefer being contacted by e-mail because the last person I spoke with had a very strong accent and I couldn't understand him properly. Thanks.

 **Business response**
06/09/2023

The Passenger has a future credit with ************* and the airline has denied to help and the passenger need to contact the travel agency to get the booking done with future credit value. We tried to seek help both from Swiss Air & Lufthansa Airlines, but in vain. We have refunded the service fees, as we were not able to prove the services,  please find the attached screenshot.

 **Customer response**
06/16/2023

This is to let you know that we were contacted promptly, and several people tried to solve the problem, but we haven't received our money back so far. Therefore, please keep this complaint open.

 **Customer response**
06/21/2023

I am rejecting this response because:   The attached are just the last two of a row of e-mails. We are still waiting for over **** USD refund. There was clearly a mistake made on their side when they didn't book the flight when we confirmed, and now we had to pay **** CHF instead of **** USD for the new booking.

 **Business response**
06/22/2023



The passenger has credits of ******* USD with *********************** and you can avail that credits by calling your AMEX card company directly. Please share your ticket number #************* and they will help you to use your credits with your new flights. We cannot help in this case and Amex is asking passenger to call directly.

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered



**Initial Complaint**
05/09/2023

On 5/2/23 I was made aware that a *************** flight I had attempted to cancel within hours of booking was mistakenly not cancelled - after hours on the phone with BA I was told by their agent to call a direct number to a BA supervisor - I was given this business 800 number - long story short, they acted as if they were a supervisor at BA & proceeded to charge me $765.98 to upgrade my ticket to refundable assuring me that Id be refunded the $5700 for the ticket - the supervisor, **** even sent me an email that said he was with BA - COMPLETE misrepresentation which is FRAUD (BA had no record of any refund being initiated & are now conducting an internal investigation to find the employee who sent me to them)THIS COMPANY IS BASICALLY A SCAM FRAUD CENTER - AVOID THEM AT ALL COSTS OR IT WILL COST YOU



**Business response**
05/09/2023

We Have refunded the amount on May 4th, 2023.

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered



**Initial Complaint**
04/06/2023

Complaint re: US Airline Services LLC On January 23, 2023, I purchased tickets through what I thought was Air Canada. My goal was to use the Toronto Stopover program. The ticket, which cost $3225.90, was supposed to take me and my daughter from Newark, NJ to Dublin, Ireland (arrive 4/1) and then from Dublin to Toronto, CA (arrive 4/4) and then from Toronto to Newark, NJ. I've attached the email that I received as confirmation. The email subject line included "Air Canada," but the email address for the sender was *****************************." The flight to

Dublin was canceled and I was unable to figure out how to get us there, so we gave up. I spoke to customer service at Aer Lingus, where I was offered a refund (within 7 to 14 business days) for $1752.00. However, when I attempted to use the rest of my ticket, assuming it was usable, agents at Air Canada and United said that the information was invalid and not associated with actual tickets. (Please see attached). It was when I spoke to United that I was told that this business based in Texas was catfishing people, making them believe they were speaking to an actual airline. Because I was not able to get Air Canada or United to honor the tickets, I ended up having to repurchase tickets to go to Toronto and I was out $1493.90. 3 Takeaways: • Third parties are insinuating themselves into existing promotions (like the Toronto stopover program) and getting customers under false pretenses. • The customer service representative lied calling himself an Air Canada representative. I thought I had the wrong number at first. • Tickets that are purchased through this service don't work and are intended not to work. The various booking references and ticket numbers are fictitious and designed to support the overall catfishing. I would like to be refunded for the $1,493.90 that I am owed. I recommend that this company no longer be in business. They ruined our spring break. Thank you. Regards, ****** ****

 **Business response**
05/11/2023

We have refunded the amount on May 11th, 2023. Please find the attached screenshot.

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered

 **Initial Complaint**
03/11/2023

United Airlines Services LLC stole my mother's, **********************, and I money for a March 8 one way ticket to *************** from *********************. The flight was cancelled and we were never notified. Upon calling because I did not receive any itinerary information, this is when we were informed our flight was cancelled. We simply asked for a refund and it became a whole story. Between being transferred to different staff members and being told different stories of my refund, my money has still not be refunded today. I was forced to book another another flight with United Airlines out if pocket, as well as my mom. United Airlines Services LLC - please refund me my $1033.44 back and my mother's ticket fare. *************** like a scam with the different stories we have been fed. Do the honorable thing and give ** our money back please. Any other proposed resolution to this issue will not be accepted.Thank you

 **Business response**
05/02/2023



Our records indicates that refunds were processed in the month of March. Here are details:
CAD **** refunded on March 6th 2023. It should be in account already.
CAD ****** refunded on March 28th 2023. It should be in account already.
Please let ** know if these 2 amount are not received already. We will work with Airline to

**Complaint Type:**
Problems with Product/Service
**Status:**
Answered



**Initial Complaint**
02/27/2023

We booked a round trip flight with this company back in October 2022. The departing flight was with Swoop and return with Flair from Toronto to Fort Lauderdale. The departing flight was cancelled and we were never advised. Upon inquiring ourselves and getting confirmation that the flight was indeed cancelled, we asked for a refund. It's been hell since that day. We have spoken with about 15 people from the company and each one has a different story for us. We were told last week the money would be refunded by now but I just got hung up by man of staff for asking when I can expect my money. The amount we paid for the flight was $1033.44 CAD and they refuse to give us our money back. They seem to have a history with this as most of their Google reviews allude to them being a scam. Please refund our money, this is all we asking for.



**Business response**
03/22/2023

**Business Response** /* (1000, 5, 2023/03/06) */ We have refunded the amount of CAD 597.41 from our end on March 6th, 2023 and the amount of scoop airlines is pending from there end. the Passenger needs to contact Scoop Airlines for the same. **Consumer Response** /* (3000, 7, 2023/03/07) */ (The consumer indicated he/she DID NOT accept the response from the business.) Many staff at US Airlines Services, including floor supervisors, had promised us a full refund giving that we have never dealt with Swoop directly. I contacted Swoop and they maintain because the ticket was not purchased directly through them, the agency should refund the full amount. In addition, after I filed this report, a staff member called me and guaranteed to me that I would get my full $1033.44 within 6 business days. And now, it is yet a different story. This is the enraging part about this story that started many weeks ago; being transferred to multiple people with each a different story, being hung up on many times for no reason, being made promises that are never kept. While I am grateful for the $597 refunded, I would like the remaining balance to be refunded to my account for the full $1033.44. Thank you **Business Response** /* (4000, 9, 2023/03/07) */ We have contacted Scoop Airlines and they have agreed to process a refund of $435.96 CAD, which will reflect back in the card in 14-21 Business days. Hence the total refund adds up to $1033.37 CAD ($435.96 & $597.41) **Consumer Response** /* (4200, 11, 2023/03/08) */ (The consumer indicated he/she DID NOT accept the response from the business.) I would like a confirmation in

writing from Swoop attesting to this. I can't believe a word these people say anymore because I was told several times I would get an email confirming my flight cancellation by Swoop within 5 minutes several times and it never happened. Please send proof of your conversation with Swoop, as well the contact information of the agent you spoke with in case I need to contact them. Thank you

| 1 | 2 | Next ▶ |

*Some consumers may elect to not publish the details of their complaints, some complaints may not meet BBB's standards for publication, or BBB may display a portion of complaints when a high volume is received for a particular business. ↵

BBB Business Profiles may not be reproduced for sales or promotional purposes.

BBB Business Profiles are provided solely to assist you in exercising your own best judgment. BBB asks third parties who publish complaints, reviews and/or responses on this website to affirm that the information provided is accurate. However, BBB does not verify the accuracy of information provided by third parties, and does not guarantee the accuracy of any information in Business Profiles.

When considering complaint information, please take into account the company's size and volume of transactions, and understand that the nature of complaints and a firm's responses to them are often more important than the number of complaints.

BBB Business Profiles generally cover a three-year reporting period. BBB Business Profiles are subject to change at any time. If you choose to do business with this business, please let the business know that you contacted BBB for a BBB Business Profile.

As a matter of policy, BBB does not endorse any product, service or business.



© 2023, International Association of Better Business Bureaus, Inc., separately incorporated Better Business Bureau organizations in the US, Canada and Mexico and BBB Institute for Marketplace Trust, Inc. All rights reserved. *In Canada, trademark(s) of the International Association of Better Business Bureaus, used under License.

## BBB Rating & Accreditation



**THIS BUSINESS IS NOT BBB ACCREDITED**

Search for Accredited Businesses in this category

**Customer Reviews are not used in the calculation of BBB Rating**

Reasons for BBB Rating

## Contact Information

📍 4100 Spring Valley Rd Ste 623
Dallas, TX 75244-3750
Get Directions

🌐 Visit Website

📞 (844) 241-7850

## Complaints Summary

**19** total complaints in the last 3 years.

**18** complaints closed in the last 12 months.