**Exhibit 3**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02431-CNS

WILLIAM MARVIN KLAES, individually
and on behalf of others similarly situated,

     Plaintiff,

v.

FRONTIER AIRLINES, INC.,

     Defendant.

---

## <u>DECLARATION OF MYRIAH MONTENERI</u>

I, Myriah Monteneri, hereby declare as follows:

1.    I am a Specialist, Legal Claims at Defendant Frontier Airlines, Inc. ("Frontier").  In this role, I am responsible for, *inter alia*, handling passenger claims, including those related to cancellations and flight credits.  As such, I am familiar with Frontier's Contract of Carriage ("COC") and the following facts regarding the above-captioned matter.

### **Passenger Name Record**

2.  In its ordinary course of business, Frontier creates and maintains a computerized Passenger Name Record ("PNR") for each passenger, which contains various information related to a passenger's (or group of passengers') ticketing, travel itinerary, and payments associated with their travel on Frontier.

3.    A true and correct copy of the PNR for Plaintiff William Klaes ("Plaintiff") is attached as **<u>Exhibit A</u>**.  As reflected in the PNR, on or about October 1, 2022, two tickets were

purchased on-line for travel on Frontier from Atlanta, Georgia to Punta Cana, Dominican Republic for Plaintiff and Julia Klaes.  Plaintiff paid $705.86 for these tickets.  *Id.* (Payment).

4.      On October 1, 2022, Frontier emailed Plaintiff's itinerary to the "Booking Contact" email provided during the booking process, namely julieklaes@sbcglobal.net.  *Id.* (Booking Contact, Record History).

5.      Due to data retention needs and policies, along with data privacy concerns, passenger emails and confirmations are not retained by Frontier for more than 180 days.  A true and correct copy of an exemplar Purchase Confirmation that would have been emailed to julieklaes@sbcglobal.net, along with various Frontier notices, is attached as **Exhibit B**.

6.      On November 1, 2022, Plaintiff and his wife's flights were voluntarily canceled. *See* **Exhibit A** (Record History).

7.      Pursuant to Frontier's cancellation policy, Plaintiff was charged a $99 cancellation fee per passenger, per each flight segment.  Plaintiff also was charged a $92 spoilage fee.  A travel credit of $217.86 was issued and valid for 90 days, expiring on January 31, 2023.  *Id.* (Record History, Ancillary, Payment).

8.      Frontier also emailed a Booking Cancellation notice to julieklaes@sbcglobal.net. *Id.* (Record History).

9.      Due to data retention needs and policies, along with data privacy concerns, passenger emails and confirmations are not retained by Frontier for more than 180 days.  A true and correct copy of an exemplar Booking Cancellation notice that would have been emailed to julieklaes@sbcglobal.net is attached as **Exhibit C**.

**Frontier's Contract of Carriage**

10.     Every contract for transportation with Frontier is subject to the terms and conditions of Frontier's Contract of Carriage ("COC"), which are incorporated by reference in every electronic ticket.

11.     Attached as **Exhibit D** is a true and correct copy of Frontier's COC that was in effect and on file with the U.S. Department of Transportation on October 1, 2022 when Plaintiff booked his tickets for travel on Frontier.

12.     Section 9(A) of the COC, titled **Ticket Validity and Itinerary Changes**, provides that a passenger who voluntarily cancels his flight will only receive a flight credit for the value of the ticket less a service fee and other charges.  Such credit is valid for 90 days.  Specifically, the COC provides:

A. Period of Validity

1) Tickets issued by Frontier are valid for transportation only on the flights and dates shown on the ticket and have no value and are not valid for transportation thereafter.  If a passenger cancels a ticket before the scheduled flight departure time, the value of the ticket less a service fee and certain other carrier charges will be retained for 90 days from the date of cancellation in the form of a flight credit.

2) Except as required by law or as provided in the Contract of Carriage, Frontier shall have no obligation of any kind to reschedule any passengers who cancels a ticket before the scheduled flight departure time or to provide them with any refund or other credit for unused tickets.  . . . .

13.     Section 21 of the COC, titled **Miscellaneous,** contains a class action waiver clause. Specifically, Paragraph I. states:

I. No Class Action - Any case brought pursuant to this Contract of Carriage, Frontier's Tarmac Delay Plan, or Frontier's Customer Service Plan may be brought in a party's individual capacity and not as a plaintiff or class member in any purported class or representative proceeding.

14.     Section 21 of the COC also contains a choice of law and jury trial waiver clause.  Specifically, Paragraph K. states:

K.  <u>Choice of Law</u> – This Contract of Carriage will be governed by and construed in accordance with the laws of the United States of America and the State of Colorado without regard to conflict of law principles.  All right to trial by jury in any action, proceeding or counterclaim arising out of or in connection with the Contract of Carriage is irrevocably waived.

**Email Communications with Plaintiff**

15.     I reviewed the email communications with Plaintiff set forth in the Complaint on pages 4-8.  Those emails were not sent by Frontier nor any employee, agent or representative of Frontier.

16.     The email dated November 1, 2022 is from support@usairlineservicesllp.  This is not a Frontier email address.

17.     The emails from "Travel Desk" also are not from Frontier.  Frontier does not use that platform to communicate with customers.  Instead, Frontier uses Microsoft Dynamics 365 to communicate with customers.

18.     On or about August 31, 2023, Plaintiff contacted Frontier regarding use of his flight credit.  Frontier explained to Plaintiff that his flight credit had expired on January 31, 2023.

19.     As a customer service gesture, Frontier issued a $100 flight voucher valid for 90 days.  *See* **Exhibit A** (Voucher).

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

Executed:     December 11, 2023
              Newnan, Georgia

                                        <u>s/ Myriah Monteneri</u>

                                        Myriah Monteneri

4

# EXHIBIT A



## PASSENGER PNR DETAILS FOR K7J1MI

**DOT Compliant # -**

**DOT Analyst -**

*All time displayed in this PNR portal are in Mountain Time(MT)

**SUMMARY**

| PNR | Booking Channel | Booking Date | Total Amount Paid | Voucher Issued |
|-----|-----------------|--------------|-------------------|----------------|
| K7J1MI | Navitaire | 10/01/2022 | $488.00 | $100.00 |

**PASSENGERS & FLIGHTS**

| First Name | Last Name | Date Of Birth | Gender | Segment Number | Flight Number | Seat | Departure Date | Departure Station | Check In Location | Check In Date | Check In Time | Time Of Departure | Boarding Status | Arrival Station | Time Of Arrival |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Julia | Klaes | ██ | Female | | | | | | | | | | | | |
| William | Klaes | ██ | Male | | | | | | | | | | | | |

**BOOKING CONTACT**

| First Name | Last Name | Email Address | Home Phone | Other Phone |
|------------|-----------|---------------|------------|-------------|
| Julia | Klaes | julieklaes@sbcglobal.net | | ██████ |

©2023 - Frontier Airlines



**RECORD HISTORY**

| Created Date | Created Time | History Code | Detail | Employee Number | Station |
|---|---|---|---|---|---|
| 09/30/2022 | 08:18 PM | IS | 2 julieklaes@sbcglobal.net 10/1/2022 2:18:50 | Website | SYS |
| 11/01/2022 | 07:46 AM | SF | CXL 3 Julia Klaes CXL::20Jan F9  24 PUJATL 99.00 0  False | Website | SYS |
| 11/01/2022 | 07:46 AM | SF | CXL 2 Julia Klaes CXL::16Jan F9  25 ATLPUJ 99.00 0  False | Website | SYS |
| 11/01/2022 | 07:46 AM | SF | SPOIL 4 William Klaes CIC:: 92.0000 0  False | Website | SYS |
| 11/01/2022 | 07:46 AM | SF | CXL 3 William Klaes CXL::20Jan F9  24 PUJATL 99.00 0  False | Website | SYS |
| 11/01/2022 | 07:46 AM | SF | CXL 2 William Klaes CXL::16Jan F9  25 ATLPUJ 99.00 0  False | Website | SYS |
| 11/01/2022 | 07:46 AM | -F | 1 F9  24 W 1/20/2023 0:0:0 16 PUJ ATL 0  HK 2 1/20/2023 12:13:0 1/20/2023 15:3:0 W21GMN5 251.9000 | Website | SYS |
| 11/01/2022 | 07:46 AM | SR | Julia Ann Klaes  COB1 1/20/2023 PUJATL  24 R | Website | SYS |
| 11/01/2022 | 07:46 AM | SR | Julia Ann Klaes  AAFF 1/20/2023 PUJATL  24 R | Website | SYS |

©2023 - Frontier Airlines



| 11/01/2022 | 07:46 AM | SR | William Marvin Klaes COB1 1/20/2023 PUJATL 24 R | Website | SYS |
|---|---|---|---|---|---|
| 11/01/2022 | 07:46 AM | SR | William Marvin Klaes AAFF 1/20/2023 PUJATL 24 R | Website | SYS |
| 11/01/2022 | 07:46 AM | -F | 1 F9  25 W 1/16/2023 0:0:0 1 ATL PUJ 0  HK 2 1/16/2023 6:45:0 1/16/2023 11:13:0 W21GMN5 217.9600 | Website | SYS |
| 11/01/2022 | 07:46 AM | SR | Julia Ann Klaes  COB1 1/16/2023 ATLPUJ  25 R | Website | SYS |
| 11/01/2022 | 07:46 AM | SR | Julia Ann Klaes  AAFF 1/16/2023 ATLPUJ  25 R | Website | SYS |
| 11/01/2022 | 07:46 AM | SR | William Marvin Klaes COB1 1/16/2023 ATLPUJ 25 R | Website | SYS |
| 11/01/2022 | 07:46 AM | SR | William Marvin Klaes AAFF 1/16/2023 ATLPUJ 25 R | Website | SYS |
| 11/01/2022 | 07:46 AM | +P | CS default -217.8600 USD 0 | Website | SYS |
| 11/01/2022 | 07:46 AM | XF | COB1 1 Klaes/Julia CWIP:: 0 59.0000 False | Website | SYS |
| 11/01/2022 | 07:46 AM | XF | COB1 0 Klaes/Julia CWIP:: 0 59.0000 False | Website | SYS |
| 11/01/2022 | 07:46 AM | XF | COB1 1 Klaes/William CWIP:: 0 59.0000 False | Website | SYS |

©2023 - Frontier Airlines



| 11/01/2022 | 07:46 AM | XF | COB1 0 Klaes/William CWIP:: 0 59.0000 False | Website | SYS |
|---|---|---|---|---|---|
| 11/01/2022 | 07:46 AM | IS | 2 julieklaes@sbcglobal.net 11/1/2022 13:46:25 | Website | SYS |

**VOUCHER**

| Voucher ID | Issue Date | Voucher Basis Code | Station | Employee Number | Voucher Reference | Issued Amount | Used Amount |
|---|---|---|---|---|---|---|---|
| 13125227 | 08/31/2023 | CRMS | BCD | IQ8171594 | 127948565335700001 | $100.00 | $0.00 |
| Total | | | | | | $100.00 | $0.00 |

**ANCILLARY**

| First Name | Last Name | Charge Code | SSRCode | Charge Amount |
|---|---|---|---|---|
| William | Klaes | CXL | | $99.00 |
| William | Klaes | CXL | | $99.00 |
| Julia | Klaes | CXL | | $99.00 |
| Julia | Klaes | CXL | | $99.00 |
| Total | | | | $396.00 |

**PAYMENT**

©2023 - Frontier Airlines



| Payment Method Type | Payment Method | Account Number(Last 4-digits) | Account Name | Payment Amount |
|---|---|---|---|---|
| ExternalAccount | MasterCard | ■■■■ | Bill Klaes | $705.86 |
| CustomerAccount | Credit Shell | J1MI | | ($217.86) |

©2023 - Frontier Airlines

# EXHIBIT B

**From:** Frontier Airlines <flights@emails.flyfrontier.com>
**Sent:** Wednesday, July 19, 2023 12:45 PM
**To:**
**Subject:** Your Flight Confirmation Code S8W68S



# PURCHASE CONFIRMATION

Thank you for your purchase with us!

Your flight confirmation code is:

### S8W68S

You can check-in and retrieve your boarding pass 24 hours before your flight.

Need to update or cancel/change your flight?

   **ACCESS YOUR BOOKING**

## PURCHASE SUMMARY

### AMOUNT PAID: $530.56

| FLIGHTS | Subtotal: $530.56 |
|---|---|

**DEPARTING FLIGHT 573**



**Denver (DEN) to Salt Lake City (SLC)**
Depart: 7/13/2023 10:32 PM | Arrive: 7/14/2023 12:06 AM
Total Duration: 1 hr 34 min
This flight arrives 1 day after departure (+1)

### RETURNING FLIGHT 570



**Salt Lake City (SLC) to Denver (DEN)**
Depart: 7/15/2023 3:51 PM | Arrive: 7/15/2023 5:35 PM
Total Duration: 1 hr 44 min

## PASSENGERS

### ADULT(S)



1 - ███████████

Not a *FRONTIER Miles*<sup>sm</sup> Member? <u>Sign Up!</u>

## BUNDLE IT

### LIMITED TIME OFFER, ACT QUICK AND SAVE!



Add the PERKS<sup>sm</sup> Bundle and save with this limited-time offer!

**BUY NOW AND SAVE!**

<u>Buy Now And Save</u>!
You get: 1 Carry-on, 1 Checked Bag & Seat Assignment

## SERVICES                                    Subtotal: $0.00



### Self-Service

$0.00 | No Pre-Purchased Airport Agent Assistance

FREE - You have chosen Self-Service and will not need assistance from an airport agent. Please download our mobile app or visit flyfrontier.com.

If you prefer Agent Assistance at the airport ticket counter for things like checking in and printing your boarding pass, you may purchase that now. See exclusions.

Reminder, bags and seats cost more at the airport.

## SEATS                                    Subtotal: $0.00


**You have not purchased a seat assignment(s)**
You will be randomly assigned seat(s) at check-in.
**Buy Seat Assignments Now!**

## BAGS                                     Subtotal: $0.00

**⚠  NEW: Checked Bags Limited to 40lbs**


**You have not purchased bags**
You can bring one personal item no larger than larger than 14"H X 18"W X 8"D.
**Buy Bags Now!**

**LOOKING FOR TRAVEL INSURANCE?**
Protect your trip with Travel Guard™ travel insurance

**Be Prepared!**
**Pack a travel insurance plan.**





|   | GET A QUOTE |
|---|---|

## TAXES AND CARRIER IMPOSED FEES

| | |
|---|---|
| US Transportation Tax | $17.61 |
| Carrier Interface Charge *Non-Refundable | $23.00 |
| US Passenger Security Fee | $5.60 |
| US Domestic Flight Segment Tax | $4.80 |
| SLC Passenger Facility Charge | $4.50 |
| US Transportation Tax | $14.12 |
| Carrier Interface Charge *Non-Refundable | $23.00 |
| US Passenger Security Fee | $5.60 |
| US Domestic Flight Segment Tax | $4.80 |
| DEN Passenger Facility Charge | $4.50 |

## PURCHASE TOTAL

| | |
|---|---|
| Airfare | $423.03 |
| Options | $0.00 |
| Taxes and Carrier-Imposed Fees | $107.53 |
| **Grand Total** | **$530.56** |

## PAYMENT: VISA

| | |
|---|---|
| **Total** | **$530.56** |
| Payment Date | 07-13-2023 |
| Payment Type | VISA |
| ***Approved*** | XXXXXXXXXXX |



## EARN 50,000 BONUS MILES + $0 INTRO ANNUAL FEE

Enough to redeem for up to 5 domestic one-way tickets with the FRONTIER Airlines World Mastercard® after qualifying account activity. Terms apply.

**APPLY NOW**

 ✈ BOOK A FLIGHT    ONLINE DEALS    MANAGE TRAVEL



**CONNECT WITH US**

**DOWNLOAD THE APP**

You are receiving this email because of account activity with Frontier Airlines.

Privacy Policy

This message was sent to @amanda.vinson@flyfrontier.com

5

©2023 Frontier Airlines. All Rights Reserved.

4545 Airport Way | Denver, CO 80239 | LABS_FRONTIER_API_TEST_EMAIL

**AIRLINE PASSENGERS WITH DISABILITIES BILL OF RIGHTS**

If you are a passenger with a disability and require special services, please review the Airline Passengers with Disabilities Bill of Rights for more information.

**Tips to assist with your travel planning:**

Save time at the airport: check in online within 24 hours of your departure.

Want more legroom? We have it! STRETCH seating is now available on all our airplanes. Learn More.

Rental Cars: Choose from Avis or Budget, all from one easy search! Rent a Car. Book Now.

**Terms and Conditions**

**IMPORTANT: By purchasing you have agreed to our terms and conditions and contract of carriage.**

You can add Checked and Carry-On Bag options, choose pre-assigned seats, and check the status of your flight on Frontier Airlines' mobile app: Android or iOS.

All passengers are permitted to take one personal item not to exceed 14" tall, 18" wide, and 8" deep on-board the aircraft with no additional charge. Visit our carry-on baggage page for details.

BAG OPTION PRICES:

| Purchase Location | Carry-On Bag | 1st Checked Bag | 2nd Checked Bag | >3+ Checked Bag |
|---|---|---|---|---|
| BEST VALUE! At booking on web/mobile | $60 | $59 | $68 | $88 |
| After booking and up to 24 hrs before departure on web/mobile | $78 | $71 | $78 | $98 |

6

| | | | | |
|---|---|---|---|---|
| Customer Support Agent | $79 | $79 | $89 | $95 |
| Web/mobile check-in | $78 | $71 | $78 | $98 |
| Airport ticket counter or self-serve kiosk | $79 | $79 | $89 | $95 |
| Departure gate | $99 | $99 for bags exceeding our size requirements | N/A | N/A |

All prices are per passenger, per direction. A service agent charge of up to $25 per person per direction applies to all agent assisted transactions.

Charges for seating upgrades are charged per flight, including connecting flights in the itinerary.

All Elite members may bring a large carry-on bag for free. All passengers on an Elite 100k members' booking may bring a large carry-on bag and/or may check one bag for free. Active military passengers, subject to verification, may bring one carry-on bag and/or may check up to two bags, which may be oversize and/or overweight, for free. This benefit does not extend to family members or other travelling companions.

PERSONAL ITEM: Personal items can be no larger than 14" tall, 18" wide, and 8" deep.

CARRY-ON BAG SPECIFICATIONS: Carry-On Bags can be no larger than 24" tall, 10" wide, and 16" long (including handles, wheels, and straps) and no heavier than 35 pounds. Any customer who arrives at the gate with a carry-on bag that exceeds the allowable dimensions will be charged the Checked Bag price to gate check the bag.

OVERWEIGHT CHECKED BAGGAGE: $75-$100 per bag, per direction (Non-Refundable) For tickets purchased on or after May 11, 2023, bags weighing 41-50 pounds will be charged $75 per bag, per direction. Bags weighing 51-100 pounds will be charged $100 per bag, per direction. Bags in excess of 100 pounds will not be accepted.

For tickets purchased before May 11, 2023, bags weighing 41-50 pounds will be charged $50 per bag, per direction. Bags weighing 51-100 pounds will be charged $100 per bag, per direction. Bags in excess of 100 pounds will not be accepted

If you purchased your ticket at FlyFrontier.com or through our Reservations Department, you may request a full refund up to 24 hours after the time of purchase if the purchase was made 7 days (168 hours) or more

prior to your flight's departure. This ticket may be canceled and refunded at the My Trips section on FlyFrontier.com.

Passengers are required to have their boarding pass in hand 45 minutes prior to departure for domestic flights and 60 minutes for international flights. Passengers must be at the designated gate 30 minutes prior to departure.

You may change an Economy ticket provided that (1) you do so prior to the scheduled flight departure time and (2) you pay any difference between the fare purchased and the fare for the new flight(s) (no refund will apply if the fare of the new ticket is less) plus a service fee. For full details, visit FlyFrontier.com.

If you purchased a Discount Den membership, you can find all details of your subscription on the Membership Terms and Conditions page.

To contact Customer Relations, visit www.flyfrontier.com/customer-support/ or mail to: Attn: Customer Relations, Frontier Airlines, 4545 Airport Way, Denver, CO 80239

# EXHIBIT C

**From:** ███████████████████████
**Sent:** Thursday, December 7, 2023 3:20 PM
**To:** Monteneri, Myriah <Myriah.Monteneri@flyfrontier.com>
**Subject:** FW: Your Booking Has Been Cancelled. Reference Code AB7RRJ

Credit card cancellation with credit shell

**From:** Frontier Airlines <flights@emails.flyfrontier.com>
**Sent:** Thursday, December 7, 2023 1:19 PM
**To:** ████████████
**Subject:** Your Booking Has Been Cancelled. Reference Code AB7RRJ



# BOOKING CANCELLATION
Your booking has been cancelled

For booking reference code:  **AB7RRJ**

Your cancellation details are below.

## PURCHASE SUMMARY

### AMOUNT PAID: $46.00

### PAYMENT: MASTERCARD

| Total | $490.56 |
|---|---|
| Payment Date | 12-07-2023 |
| Payment Type | Mastercard |
| ***Approved*** | XXXXXXXXXXX██ |

## CUSTOMER CREDIT: TRAVEL CREDIT

**Total**                                                                **$-444.56**

Payment Date                                                             12-07-2023
Payment Type                                                            Credit Shell
***Approved***                                                              AB7RRJ

*This Travel Credit will expire on*                                      *03-05-2024*
*If you purchased the WORKS, your expiration would be 12-05-2024*

Your **Travel Credit:**

- ✅   Can be redeemed via flyfrontier.com.
- ✅   Can be used for trips booked by 03-05-2024, or, if you purchased the WORKS, 12-05-2024.
- ✅   Can be used for multiple bookings until the full value is used.
- ✅   Can be applied toward airfare, bags, seats, taxes, and fees.
- ✅   Can be redeemed by any passenger on the original booking (AB7RRJ).

*To use a travel credit from an unflown flight, simply book your new flight on Flyfrontier.com. Once you reach the payment screen, select "CREDIT WITH FRONTIER" and enter the code (**AB7RRJ**) and email address associated with the credit (this is the code **AB7RRJ** and email address in this email).*

Visit our change policy for full details.

Visit our FAQ for more details.

## PURCHASE TOTAL

Airfare                                                                      $0.00
Taxes and Carrier-Imposed Fees                                               $0.00
Cancellation/Change Fee/Non-Refundable Items                                $46.00
**Grand Total**                                                            **$46.00**



**AIRLINE PASSENGERS WITH DISABILITIES BILL OF RIGHTS**

If you are a passenger with a disability and require special services, please review the Airline Passengers with Disabilities Bill of Rights for more information.

**Tips to assist with your travel planning:**

Save time at the airport: check in online within 24 hours of your departure.

Want more legroom? We have it! STRETCH seating is now available on all our airplanes. Learn More.

Rental Cars: Choose from Avis or Budget, all from one easy search! Rent a Car. Book Now.

Terms and Conditions

**IMPORTANT: By purchasing you have agreed to our contract of carriage.**

You can add Checked and Carry-On Bag options, choose pre-assigned seats, and check the status of your flight on Frontier Airlines' mobile app: Android or iOS.

All passengers are permitted to take one personal item not to exceed 14" tall, 18" wide, and 8" deep on-board the aircraft with no additional charge. Visit our carry-on baggage page for details.

BAG OPTION PRICES:

| Purchase Location | Carry-On Bag | 1st Checked Bag | 2nd Checked Bag | >3+ Checked Bag |
|---|---|---|---|---|
| BEST VALUE! At booking on web/mobile | $0 | $0 | $0 | $0 |
| After booking and up to 24 hrs before departure on web/mobile | $0 | $0 | $0 | $0 |
| Customer Support Agent | $0 | $0 | $0 | $0 |
| Web/mobile check-in | $0 | $0 | $0 | $0 |
| Airport ticket counter or self-serve kiosk | $0 | $0 | $0 | $0 |
| Departure gate | $0 | $0 for bags exceeding our size requirements | N/A | N/A |

All prices are per passenger, per direction. A service agent charge of up to $25 per person per direction applies to all agent assisted transactions.

Charges for seating upgrades are charged per flight, including connecting flights in the itinerary.

All Elite members may bring a large carry-on bag for free. All passengers on an Elite 100k members' booking may bring a large carry-on bag and/or may check one bag for free. Active military passengers, subject to verification, may bring one carry-on bag and/or may check up to two bags, which may be oversize and/or overweight, for free. This benefit does not extend to family members or other travelling companions.

PERSONAL ITEM: Personal items can be no larger than 14" tall, 18" wide, and 8" deep.

CARRY-ON BAG SPECIFICATIONS: Carry-On Bags can be no larger than 24" tall, 10" wide, and 16" long (including handles, wheels, and straps) and no heavier than 35 pounds. Any customer who arrives at the gate with a carry-on bag that exceeds the allowable dimensions will be charged the Checked Bag price to gate check the bag.

OVERWEIGHT CHECKED BAGGAGE: $75-$100 per bag, per direction (Non-Refundable) For tickets purchased on or after May 11, 2023, bags weighing 41-50 pounds will be charged $75 per bag, per direction. Bags weighing 51-100 pounds will be charged $100 per bag, per direction. Bags in excess of 100 pounds will not be accepted.

For tickets purchased before May 11, 2023, bags weighing 41-50 pounds will be charged $50 per bag, per direction. Bags weighing 51-100 pounds will be charged $100 per bag, per direction. Bags in excess of 100 pounds will not be accepted

If you purchased your ticket at FlyFrontier.com or through our Reservations Department, you may request a full refund up to 24 hours after the time of purchase if the purchase was made 7 days (168 hours) or more prior to your flight's departure. This ticket may be canceled and refunded at the My Trips section on FlyFrontier.com.

Passengers are required to have their boarding pass in hand 45 minutes prior to departure for domestic flights and 60 minutes for international flights. Passengers must be at the designated gate 30 minutes prior to departure.

You may change an Economy ticket provided that (1) you do so prior to the scheduled flight departure time and (2) you pay any difference between the fare purchased and the fare for the new flight(s) (no refund will apply if the fare of the new ticket is less) plus a service fee. For full details, visit FlyFrontier.com.

If you purchased a Discount Den membership, you can find all details of your subscription on the Membership Terms and Conditions page.

To contact Customer Relations, visit www.flyfrontier.com/customer-support/ or mail to: Attn: Customer Relations, Frontier Airlines, 4545 Airport Way, Denver, CO 80239

# EXHIBIT D

# Contract of Carriage

**Effective Date:**   07/26/22



**CONTRACT OF CARRIAGE**

Rev81 07/26/22

## Table of Contents

| Section | Subject | Page |
|---|---|---|
| 1. | Introduction | 2 |
| 2. | Definitions | 2 |
| 3. | Refusal to Transport and Special Conditions | 3 |
| 4. | International Transportation | 6 |
| 5. | Child Passengers | 7 |
| 6. | Service Animals | 9 |
| 7. | Smoking | 9 |
| 8. | Tickets | 9 |
| 9. | Ticket Validity and Itinerary Changes | 10 |
| 10. | Check-in Times | 11 |
| 11. | Fares | 11 |
| 12. | Checked Baggage | 12 |
| 13. | Carry-On Baggage | 13 |
| 14. | Cabin-Seat Baggage | 14 |
| 15. | Conditions and Charges for Special Items | 15 |
| 16. | Limitations of Liability | 17 |
| 17. | Claim Limits and Procedures | 17 |
| 18. | Failure to Operate on Schedule or Failure to Carry | 19 |
| 19. | Denied Boarding Compensation | 20 |
| 20. | Refunds; No-Show Cancellations and Service Charges | 22 |
| 21. | Currency and Mode of Payment and Fees | 24 |
| 22. | Miscellaneous | 24 |



**C O N T R A C T   O F   C A R R I A G E**                                          Rev81 07/26/22

---

## 1.  Introduction

The following terms and conditions as well as such additional terms and conditions presented on Frontier Airlines' website, fare rules, published schedules or printed on or in any ticket or ticket-less travel authorization apply to all tickets issued for travel on flights operated by or for Frontier Airlines, Inc. ("Frontier"), as well as that transportation, regardless of whether such ticket was sold by Frontier or its authorized agents or whether such ticket is used ("Contract of Carriage").

This document is available for public inspection at all Frontier locations. Copies may be obtained by visiting the Frontier's web site at www.FlyFrontier.com or by writing to: Frontier Airlines, Inc., Customer Relations, 4545 Airport Way, Denver, CO 80239.

## 2.  Definitions

A.  **Codeshare** -- A marketing and business arrangement in which two airlines "share" the same flight (which might include connecting legs). One airline places its designator code and flight number on a flight operated by the other airline, and markets and sells tickets for that shared flight as part of its published schedule.

B.  **Code** -- The U.S. Internal Revenue Code of 1986, as amended.

C.  **DOT** -- U.S. Department of Transportation.

D.  **FAA** -- U.S. Federal Aviation Administration.

E.  **Fare Rules** -- The rules and requirements associated with a ticket.

F.  **IATA** -- International Air Transport Association.

G.  **No-Show Cancellation** -- The automatic cancellation of a passenger's ticket upon such passenger failing to either (i) check-in for such passenger's flight, or (ii) board such passenger's flight, in either instance within the required times. The automatic cancellation will apply to all subsequent flights, including return flights, on the itinerary. Presentation of a ticket by someone other than the named passenger renders the ticket void and the ticket will then be treated as a No-Show Cancellation for all purposes of this Contract of Carriage. (See section 20. )

H.  **Qualified Individual with a Disability** -- An individual with a disability who: (i) has a physical or mental impairment that, on a permanent or temporary basis, substantially limits one or more major life activities; (ii) has a record of such an impairment; or, (iii) is regarded as having such an impairment, as further defined in 14 CFR 382.5.

I.  **Standby Passenger** -- A passenger boarded subject to availability of seat space at departure time and only after all passengers having confirmed reservations for the flight have been boarded.

J.  **Stopover** -- An intentional interruption in a passenger's trip in excess of 4 hours at a point between the place of departure and the final destination.

K.  **STRETCH Seat** - A seat located in the front rows and exit rows of certain Frontier aircraft that have additional legroom. These seats are made available to passengers for a fee.

L.  **Ticket** -The record of agreement, including electronic tickets, for passenger air transportation provided by the airline under certain terms and conditions to the passenger as described on the ticket, in the fare rules, and in this Contract of Carriage.

M.  **TSA** -- U.S. Transportation Security Administration.

---



**CONTRACT OF CARRIAGE**                                                      Rev81 07/26/22

## 3.    Refusal to Transport and Special Conditions

A.  Frontier may refuse to provide transportation to any person and may require that a passenger leave an aircraft or be removed from an aircraft for the following reasons, in which case Frontier will provide a refund of the amount paid for their ticket, which will be the limit of Frontier's liability.

   1)  Government Request -- To comply with a government requisition of space or request for emergency transportation (e.g., in connection with national defense or natural disaster (actual, threatened, or reported)).

   2)  No Seat for Safety Assistant - If a passenger requires a safety assistant (see section 3. B.6) and there is not a seat available on the applicable flight and, thus, both the passenger and the safety assistant are denied transportation. For purposes of determining whether a seat is available for a safety assistant, the safety assistant is deemed to have checked in at the same time as the individual with the disability.

B.  Frontier may refuse to provide transportation to any person and may require that a passenger leave an aircraft or be removed from an aircraft for the following reasons, in which case no refund will be due and Frontier will have no further liability.

   1)  Government Direction - To comply with a direction of a government official acting in their official capacity to remove or not provide transportation to a specific individual.

   2)  Identification -- The passenger refuses to produce a government-issued identification as required by Frontier's representatives or as required by law.

   3)  Passports/Visas -- The passenger intending to travel across any international border fails to possess and present all valid documents (passports, visas, certificates, etc.) required by the laws of the countries from, over, or into which the passenger will fly, which will in all cases be the passenger's exclusive responsibility.

   4)  Failure to Check In or Appear - The passenger fails to check-in for their flight within the required times or appear for boarding of that flight within the required times. (The ticket will be deemed to be a No-Show Cancellation (see Section 2.G) and canceled. All subsequent flights, including return flights, on the itinerary will also be treated as No-Show Cancellations (see Section 20)).

   5)  Special Medical Requirements -- The passenger will be refused transport if the passenger requires medical equipment be used in flight or services (i) not provided by Frontier, (ii) that may not be used in flight, or (iii) does not have sufficient supplies therefor. The foregoing includes any medical equipment that would require use of power from the aircraft, medical equipment for which the passenger does not have sufficient batteries for the duration of the flight plus unexpected delays. Passengers must be able to sit in a single seat with the seat in the full and upright position, which precludes passengers that must lie flat or that must be transported on a stretcher. Frontier does not provide medical oxygen.

   *EXCEPTION:*  A respiratory device (e.g., ventilator, respirator, CPAP machine or Portable Oxygen Concentrator) is considered an assistive device and is permitted as carry-on or checked baggage at no charge provided that all batteries must be transported in carry-on baggage and must be packaged in a manner that protects them from physical damage and short circuits, and provided that if the device is to be used in flight: (i) the passenger must carry enough fully-charged batteries to power the device throughout the entire journey including all ground time (between connections), the duration of the flight and for unexpected delays, (ii) the device must be approved by the FAA with stickers indicating such, and (iii) prior to traveling, the passenger must complete the Portable Oxygen Concentrator Medical Authorization (form 30881) available on Frontier's website or obtain a medical statement from the passenger's physician addressing the points on the POC Medical Authorization form.



NOTE:     Passengers are referred to 14 CFR Part 121, SFAR No. 106 for regulations regarding and a list of Portable Oxygen Concentrators that are approved for use on aircraft.

6)  Qualified Individual with a Disability -- If transportation is refused because the passenger fails to comply with the following: Qualified individuals with a disability will be transported in accordance with the conditions and requirements of 14 C.F.R. § 382 unless the carriage of such individuals may impair the safety of the flight or violate Federal Aviation Regulations. Pursuant to 14 C.F.R. § 382.113, Frontier does not provide certain extensive in flight special services such as assistance in actual eating, assistance within the lavatory or at the individual's seat with elimination functions, or provision of medical services. Moreover, pursuant to 14 C.F.R. § 382.29, a qualified individual with a disability may be required to be accompanied by a safety assistant as a condition of being provided air transportation in any of the following circumstances: (i) when the individual, because of a mental disability, is unable to comprehend or respond appropriately to safety instructions from employees, including the required safety briefing, (ii) when the individual has a mobility impairment so severe that the individual is unable to assist in the passenger's own evacuation of the aircraft, (iii) when the individual has both severe hearing and severe vision impairments, if the individual cannot establish some means of communication with employees adequate to permit transmission of the required safety briefing, (iv) on the day of departure, if it is determined that an individual meeting the criteria of (i), (ii) or (iii) must travel with a safety assistant, contrary to the individual's self-assessment that the passenger is capable of traveling independently, the safety assistant will not be charged to accompany the individual with a disability.

7)  Prisoners - If transportation is refused because of a failure to comply with the following: Frontier accepts up to two "low risk" prisoners with hand restraints per flight. If the flight is 4 hours or less, at least one armed or unarmed law enforcement officer must accompany the prisoners. If the flight is more than 4 hours, at least two armed or unarmed law enforcement officers must accompany the prisoners. At no time may any prisoner be left unattended. No prisoners are accepted on codeshare itineraries.

8)  Resistant Prisoners - Any prisoner who has resisted or is reasonably believed to be capable of resisting the prisoner's escort.

9)  Proper Attire - Any passenger who is barefoot and over 3 years of age, unless required to be barefoot for medical reasons, or who is not otherwise fully clothed in clothing that is not lewd or obscene, threatening, intimidating, or would be objectionable to reasonable persons.

10) Malodorous Condition - Any passenger who has a severe or offensive body odor that is not due to a disability.

11) Intoxication - Any passenger who appears to be intoxicated or under the influence of drugs.

12) Communicable Disease or Infection - A passenger who has a communicable disease or infection (that is known or reasonably believed to pose a direct threat to the health or safety of others in the course of flight) may be denied boarding by Frontier. If such a passenger presents a medical certificate dated within 10 days of the date of the flight for which it is being presented that includes specific conditions under which the individual can travel and not pose a direct threat to the health and safety of other persons, transportation will be provided to such individual unless it is not reasonable or feasible to implement the conditions set forth in the medical certificate as necessary to prevent the transmission of the disease or infection to other persons in the normal course of flight. Unacceptable measures include, but are not limited to: a required separation between the passenger and other persons, use of medical equipment not permitted to be used on the aircraft, or a requirement that any other passenger wear protective gear.



**CONTRACT OF CARRIAGE**                                                  Rev81 07/26/22

a) 2019 Novel Coronavirus (COVID-19) – Frontier may screen passengers during the check-in and boarding process, and may deny boarding to passengers who Frontier reasonably believes do not meet Frontier's COVID-19 screening measures. Screening will include, but is not be limited to: completion of a health acknowledgment, required wearing of facial coverings, and submission to a temperature check. Notwithstanding Section 11 above, a passenger who presents a medical certificate dated within 10 days of the date of the flight for which it is being presented may be denied boarding if, on the planned date of travel, the passenger fails to meet Frontier's COVID-19 screening measures.

13) Refusal or Inability to Sit - Any passenger who is unwilling or unable to sit in an upright position during takeoff and landing with the seat belt fastened.

14) Failure to Follow Instructions - Any passenger who refuses to obey instructions from an employee or crewmember.

15) Use of Ticket Issued to Other Person - Any passenger who attempts to use a ticket not issued to that person. (This ticket will be deemed to be a No-Show Cancellation (see Section 2.G) and canceled. All subsequent flights, including return flights, on the itinerary will also be treated as No-Show Cancellations (see Section 20)).

16) Interference - Any passenger who interferes with any member of the flight crew in pursuit of their duties or attempts to do so.

17) Smoking - Any passenger who smokes or attempts to smoke on an aircraft.

18) Weapon - Any passenger who, except as permitted by law (see 49 C.F.R. § 1544.219), wears or has on or about their persons concealed or unconcealed, deadly or dangerous weapons.

19) Purchase in Violation of Contract of Carriage - Any passenger that purchases a ticket in violation of this Contract of Carriage or any fare rule. In addition, Frontier may (i) invalidate the tickets or any other that may have been purchased in the same manner, (ii) cancel any remaining portion of the passenger's itinerary, or (iii) confiscate any unused portions of the ticket.

20) General Refusal - Any person whom Frontier has informed is not permitted to purchase transportation from Frontier.

C. Refusal to Sell Transportation - Frontier may refuse to sell transportation to any person, including the following, and may inform such persons that they are not permitted to purchase transportation from Frontier:

1) Refusal to Comply - A person who refuses to comply with instruction given by employees or representatives prohibiting the solicitation of items for sale or purchase, including airline tickets, passes, or travel award certificates.

2) Prior Conduct - A person who has disrupted airline operations, mistreated employees, or has not complied with Frontier's policies or otherwise violates this Contract of Carriage.

3) Misconduct - A person who has committed a fraudulent act against Frontier.

D. Customer of Size - If, in Frontier's sole judgment, a passenger is unable to sit in an aircraft seat without lifting either or both armrests and occupying all or a portion of the adjacent seats, or encroaching into the aisle or adjacent seats, the passenger will be required to purchase a ticket for an additional seat (or more, if required to accommodate the passenger) at the price then applicable. If sufficient, contiguous seats are not available, the passenger will be given the option to switch to flights on which such seats are available (for which applicable fees will apply) or be given a refund.



**CONTRACT OF CARRIAGE**                                        Rev81 07/26/22

E. Allergies (Peanut, Pet, or Chemical) - Items are not removed from the aircraft to accommodate a passenger's allergy to a particular food, substance, or chemical. A variety of snacks are served on board many flights, including products that may contain peanuts or other nuts. A "peanut-free" or "chemical-free" environment cannot be provided to passengers onboard the aircraft. Passengers are advised to consult a healthcare professional regarding the risks of onboard exposure to any allergen.

F. Pregnancy - Passengers who are pregnant are urged to consult with their doctor on whether it is safe to travel by air, including with due consideration to the possibility of turbulence, cabin pressurization, significantly increased risk of deep vein thrombosis associated with pregnancy, and lack of ready access to medical care. This is particularly important for women in their ninth month of pregnancy, who are urged to obtain an examination from their physician shortly before flying to confirm air travel will be safe. Women with a history of complications or premature delivery should not fly if pregnant. By traveling with Frontier, pregnant women acknowledge and accept these risks. Different policies for passengers who are pregnant may apply on any leg of a codeshare flight that is operated by the codeshare airline.

G. Electronic Surveillance of Passengers and Baggage - Passengers and their baggage are subject to inspection, including via electronic means, with or without the passenger's consent or knowledge.

H. Diversion While in Flight or Return to Gate- In the event that Frontier is required to divert an aircraft while in flight or return to gate because a passenger requires medical attention or due to the passenger's conduct, the passenger may be required to reimburse Frontier for the costs that Frontier incurs, including the cost to accommodate other passengers. The amount due will be as determined by Frontier.

## 4.   International Transportation

A. Compliance with Regulations - Passengers shall comply with all laws, regulations, orders, demands, or travel requirements of countries to be flown from, into, or over. Frontier is not liable for any aid or information given by any agent or employee to any passenger in connection with obtaining necessary documents or complying therewith (including as may be provided in this Contract of Carriage) or the consequences to any passenger resulting from the passenger's failure to obtain such documents or to comply with such laws, regulations, orders, demands, requirements, or instructions.

B. Compliance with Foreign Country Regulations regarding Importation of Goods - Passengers shall comply with all laws, regulations, orders, demands, or travel requirements of countries to be flown from, into, or over. Frontier is not liable for the consequences to any passenger resulting from the passenger's failure to comply with such laws, regulations, orders, demands, requirements, or instructions.

C. Customs Inspection - If required, a passenger must attend the inspection of the passenger's baggage, checked or unchecked, by customs or other government officials. Frontier accepts no responsibility to the passenger if they fail to observe this condition.

D. Government Regulation - No liability shall attach to Frontier if, based on what it understands to be applicable law, government regulation, demand, order, or requirement, it refuses to carry passenger. If, however, it is ultimately determined that Frontier was incorrect, the limit of its liability will be to refund the amount paid for the ticket on which transportation was refused.

E. International Operations - Frontier is required to make an attempt to obtain emergency contact information from a passenger traveling into or out of a foreign country. If a passenger refuses to provide emergency contact information, Frontier will document the attempt and may require the passenger to sign the document.



F. Indemnification - A passenger shall indemnify Frontier for any loss, damage, or expense suffered or incurred by Frontier by reason of the passenger's failure to possess any required travel documents or other failure to comply with the provisions of this section, including the applicable fare if Frontier is required to transport the passenger home from a country. Frontier is not liable to the passenger for loss or expense due to the passenger's failure to comply with this provision.

G. Baggage Limitation - Passengers shall comply with all laws, regulations, orders, demands, or travel requirements regarding baggage size and weight limitations of countries to be flown from, into, or over. Frontier is not liable for the consequences to any passenger resulting from the passenger's failure to comply with such laws, regulations, orders, demands, requirements, or instructions.

## 5.  Child Passengers

A. Accompanied Children -- Children from 7 days through 14 years of age may travel with another passenger who is at least 15 years old.

B. Unaccompanied Children

1) Frontier does not allow children under the age of 15 years old to travel unaccompanied; they must be accompanied by a passenger who is at least 15 years old. Passengers who are 15 years old or older may travel on Frontier without an adult companion. A birth certificate, official school ID, or other form of ID may be requested for age verification purposes if the child's age appears questionable.

   NOTE:     *Passengers under age 18 traveling without both parents may need additional documentation to travel across international borders, depending on the country's requirements.*

C. Infant and Child Fares (except as otherwise provided in a specific fare rule) are as follows:

1) Infants under 2 years of age are accepted, without charge, when the infant does not occupy a separate seat and is accompanied by a fare-paying passenger at least 15 years old. A birth certificate may be requested for age verification purposes if the infant's age appears questionable.

   NOTE:     *Due to supplemental equipment considerations, the number of infants accepted per flight may be limited based on aircraft type.*

2) One adult may accompany up to two infants under the age of 2.

   a) When an adult passenger is traveling with two infants under 2 years of age, a seat must be purchased for at least one infant. The fare is the same as an adult fare.

3) Children 7 days - 14 years of age occupying a seat are charged the same fare as an adult passenger.

   NOTE:     *Passengers under age 2 traveling as lap children (not purchasing a seat) are subject to international taxes. These taxes must be paid prior to boarding the originating departure flight.*

D. Child Restraint Systems - Frontier accepts infant and child restraint systems (car seat or harness) approved for air travel that fit in the applicable aircraft seat with the arm rest down that meet the following requirements:

1) Approved seats manufactured to U.S. standards between January 1, 1981, and February 25, 1985, must bear the label: "This child restraint system conforms to all applicable Federal motor vehicle safety standards."

2) Seats manufactured to U.S. standards on or after February 26, 1985, must bear two labels: (i) "This child restraint system conforms to all applicable Federal motor vehicle safety standards" and (ii) "THIS RESTRAINT IS CERTIFIED FOR USE IN MOTOR VEHICLES AND AIRCRAFT" in red lettering.



**CONTRACT OF CARRIAGE**

Rev81 07/26/22

3) Seats not meeting the above criteria must bear a label or markings showing: (i) the seat was approved by a foreign government, (ii) the seat was manufactured under the standards of the United Nations, (iii) the seat or child restraint device furnished by the certificate holder was approved by the FAA through Type Certificate or Supplemental Type Certificate, or (iv) the seat or child restraint device was approved by the FAA in accordance with 14 C.F.R § 21.8(d), or FAA Technical Standard Order C-100b, or a later version.

NOTE 1: *A child under the age of 2 must be held in the passenger's lap or be seated in an approved car seat for taxi, takeoff, and landing.*

NOTE 2: *Frontier encourages all adults traveling with infants under 2 years of age to secure the infant in an approved car seat or harness in the infant's own purchased seat.*

4) Child Harness - The FAA-approved AMSafe Aviation C.A.R.E.S. child harness device may be used on-board the aircraft. It is designed for children weighing between 22 and 44 pounds (between 10 and 20 kilograms) and must bear the label "FAA Approved in accordance with 14 CFR 21.305(d) approved for aircraft use only."

5) Car Seats - A car seat may be used by a child between the ages of 7 days and 2 years if seat space is available after boarding, even if a seat has not been purchased for the child. A car seat may be used by any child when a separate seat has been purchased. To use a car seat onboard the aircraft:

   a) It must bear manufacturer labels identifying approval for aircraft use, as described in subsection (1) and (2) above.

   b) It must have a solid seat and solid back.

   c) It must have restraint straps installed to hold the child in the car seat.

   d) The child may not exceed the weight limitation of the car seat.

   e) It may not be placed in the emergency exit rows, in the seats immediately in front of or behind the exit rows, or in any seat that has an airbag seatbelt installed.

   f) Window seats are the preferred location for a car seat, so it does not impede a passenger's movement or egress into the aisle. Other seat assignments are permitted provided the car seat is not obstructing the egress of any passenger.

   g) It must be secured by a seat belt at all times.

6) Booster Seats - Booster seats may be carried onboard aircraft but must be stowed in an overhead compartment or underneath the seat for takeoff and landing. Once the aircraft has reached cruising altitude, the passenger may use the seat during the flight. The booster seat must be stowed when the aircraft begins its descent.



## 6.  Service Animals

A. General - The following categories of service animals are allowed in the cabin without charge:

   1)  Trained service dogs that assist passengers with disabilities. Passengers traveling with a service dog must complete and submit the Department of Transportation Service Animal Air Transportation Form, attesting to the dog's health, behavior, and training. For reservations booked more than 48 hours prior to travel, passengers must submit the completed form no later than 48 hours prior to travel. For reservations booked less than 48 hours prior to travel, passengers must submit the completed form in person to a Customer Service Agent upon arrival at the airport. Only dogs will be accepted as trained service animals. The animal must be at least 4 months old. The passenger is required to keep the animal under control at all times, with the animal on a leash or harness while in the boarding area and onboard the aircraft. Psychiatric support animals are recognized as trained service animals. Comfort animals, companionship animals, or any other non-task-trained animals are not recognized as service animals. Service animals in training will not be accepted.

   2)  Service Animals trained in explosive detection, contraband search, or search and rescue on active duty and traveling for that purpose will be accepted for travel. The passenger must present credible documentation the animal is traveling for that purpose.

B. Seating - The passenger may sit anywhere, except in an emergency exit row, provided the animal does not obstruct an aisle or egress of passengers in an emergency evacuation. The animal must fit under the seat or on the passenger's lap. If the passenger is seated in row 1, the animal will not be allowed on the passenger's lap. The animal may not occupy a seat. An animal that cannot or does not comply with the foregoing will not be accepted.

C. International - Restrictions for travel with an animal to international destinations vary by country. Frontier recommends contacting the appropriate embassy or consulate before purchasing a ticket for travel with a service animal or emotional support animal. Different policies may apply on any leg of a codeshare flight that is operated by the codeshare airline.

D. Oxygen - No oxygen will be administered to a service animal in the event of an emergency.

## 7.  Smoking

A. Smoking is prohibited on all flights.

B. Federal law prohibits tampering with, disabling, or destroying any smoke detector installed in an aircraft lavatory.

C. The use of electronic smoking devices is prohibited at all times on all aircraft.

## 8.  Tickets

A. A passenger is entitled to transportation only upon presentation of a valid electronic ticket (e-ticket). The ticket entitles the passenger to transportation between the point of origin and the destination.

   *NOTE:*  *Paper tickets are not issued on Frontier ticket stock. Only electronic tickets are issued for travel on Frontier. However, paper tickets from other airlines may be accepted for travel at Frontier's discretion.*



**CONTRACT OF CARRIAGE**                                    Rev81 07/26/22

B. Tickets are honored only in the order in which they are issued.

C. The following practices are prohibited:

    1) Back to Back Ticketing -- The purchase or use of portions of tickets from two or more tickets issued as round-trip fares or other scheme for circumventing minimum stay requirements.

    2) Throwaway Ticketing -- The purchase or use of round-trip tickets for one-way travel.

    3) Hidden City/Point Beyond Ticketing -- The purchase or use of a ticket from a point before the passenger's actual origin or to a point beyond the passenger's actual destination.

D. A ticket which has not been properly issued or paid for, or which has been altered, mutilated, or improperly issued by an unauthorized party is not valid for travel or refund.

E. The purchaser of a ticket and the passenger intending to use it are responsible for ensuring that the ticket accurately states the name of the passenger.

F. A ticket may only be used by the person named on the ticket. Frontier is not liable to the purchaser of a ticket if the ticket is used by someone other than the person named on the ticket.

G. Presentation of a ticket by someone other than the named passenger renders the ticket void. The ticket is subject to confiscation, and the ticket will then be treated as a No-Show Cancellation for all purposes of this Contract of Carriage. (See section 20. )

H. An additional processing fee may apply to each ticket purchased or changed via Frontier's reservation center.

## 9.   Ticket Validity and Itinerary Changes

A. Period of Validity

    1) Tickets issued by Frontier are valid for transportation only on the flights and dates shown on the ticket and have no value and are not valid for transportation thereafter. If a passenger cancels a ticket before the scheduled flight departure time, the value of the ticket less a service fee and certain other carrier charges will be retained for 90 days from the date of cancellation of the ticket in the form of a credit. The credit has no cash or refund value and may only be applied to subsequent tickets on Frontier flights for the same passenger as the original ticket. In the case of a No-Show Cancellation, see section 20.

    2) Except as required by law or as provided in this Contract of Carriage, Frontier shall have no obligation of any kind to reschedule any passengers who cancels a ticket before the scheduled flight departure time or to provide them with any refund or other credit for unused tickets.

    3) Except as required by law or as provided in this Contract of Carriage, in the case of a No-Show Cancellation, Frontier shall have no obligation of any kind to reschedule any such passengers on any other flight, and the rules respecting No-Show Cancellations shall apply (see section 20. ).

B. Except for tickets purchased for travel within 7 days (168 hours) of purchase, all tickets may be canceled within twenty-four (24) hours of the purchase and a full refund will be given. After that time, except for tickets that are purchased as refundable, all tickets are non-refundable.



**CONTRACT OF CARRIAGE**                                             Rev81 07/26/22

---

## 10. Check-in Times

A. Airport Check-In - It is the passenger's responsibility to arrive at the airport, taking into consideration travel time both to and within the applicable airport, including processing through the security check point with enough time to complete check-in and security screening processes.

B. Passengers can check in beginning 2 hours before departure at Frontier's airport check-in counters or 24 hours before departure at www.FlyFrontier.com or on the Frontier mobile app, if the reservation is eligible for online or mobile app check-in.

C. Check-In Times

    1) For domestic flights (originating and to a destination within the United States), the passenger must be checked in with a printed boarding pass or a Frontier mobile app boarding pass in-hand at least 45 minutes prior to scheduled departure whether or not checking bags.

    2) For international flights, the passenger must be checked in with a printed boarding pass or a Frontier mobile app boarding pass in-hand at least 60 minutes prior to scheduled departure.

D. Time Limit for Checking Bags - Baggage to be checked must be presented at the airport within the minimum check-in time. Passengers who present baggage after the minimum check-in time may be refused transport. At some airports, the counter may close at the check-in cut-off time, in such cases, passenger and baggage check-in are not permitted after the check-in deadline. In the event that baggage is accepted after the minimum check-in time, the passenger will be liable for any costs and fees for the bag to be delivered in the event that it is not carried on the same flight.

E. Availability for Boarding - Tickets and seat assignments are subject to cancellation for passengers who fail to make themselves available for boarding at the departure gate at least 20 minutes prior to scheduled departure.

F. Failure to Check In or Appear - If a passenger fails to check in or board the flight within the required time, the ticket will be deemed to be a No-Show Cancellation (see Section 2.G) and canceled. All subsequent flights, including return flights, on the itinerary will also be treated as No-Show Cancellations (see Section 20).

G. Misconnected Passengers - The ticket of any passenger who does not meet the minimum check-in time due to the late arrival of an inbound connecting flight operating by Frontier will be accommodated on the next available flight operated by Frontier to the same destination. Frontier will not provide transportation on another airline or reimburse the cost of transportation purchased from another airline. The ticket of any passenger who does not meet the minimum check-in time due to the late arrival of an inbound connecting flight operated by any other airline will be canceled and no refund or accommodation on another flight will be due unless available and purchased at the applicable price by the passenger.

---

## 11. Fares

A. Fares apply for transportation only between the airports for which they are published.

B. When a passenger requires connecting service with arrival at one airport and departure from another airport, transportation between those airports must be arranged by and at the expense of the passenger.

C. Fares are subject to change without notice until a ticket is issued.

---



**CONTRACT OF CARRIAGE**

## 12. Checked Baggage

A. Fees applicable to checked baggage:

1) Baggage fees apply to each checked bag.

2) Active U.S. military personnel, with Common Access Card (CAC), may check two bags at no charge for all types of tickets. Overweight and oversize charges for the first two free bags are also waived. This policy is for active U.S. military personnel only and does not extend to family members or traveling companions.

B. Baggage Allowance Exceptions - The following may be checked or carried on at no charge and do not count toward the passenger's baggage allowance.

1) Medical Assistive Devices - Canes, crutches, braces, wheelchairs, etc. for the use of the passenger. There is no limit to the number of mobility aids a passenger may check. Medical assistive devices must be packed separately, in protective packaging, for baggage fees to be waived.

2) Wheelchairs - In compliance with federal law, wheelchairs or other types of mobility devices for the passenger are accepted as checked baggage in addition to the passenger's baggage allowance at no additional charge. Certain Frontier aircraft can accommodate up to two wheelchairs up to 40 inches (101 cm) high, 50 inches (127 cm) long, 13 inches (33 cm) wide, and weighing no more than 70 pounds (31 kilograms) in the cabin of the aircraft on a first-come, first-served basis. Wheelchairs carried in the cabin of the aircraft will be brought to the front of the aircraft after all other passengers have deplaned.

3) Essential Infant or Child Items - Child restraint devices, car seats, strollers, diaper bags, and other essential baby items when the infant is traveling. These items must be packed separately, in protective packaging, for baggage fees to be waived.

C. Acceptable Baggage - Frontier will accept for transportation as baggage such personal property necessary or appropriate for the wear, use, comfort, or convenience of the passenger for the purpose of the trip, subject to the following:

1) Checked Baggage Size and Weight:

   a) Excess baggage charge will be applied to any checked baggage that exceeds the standard weight or dimension. Standard baggage size is defined as maximum of 62 inches (157 cm) in linear dimension (height plus length plus width).

   Standard baggage weight is defined as:

   – For tickets purchased before January 18, 2022, maximum of 50 pounds (22.6 kilograms).
   – For tickets purchased on or after January 18, 2022, and travel completed before March 1, 2022, maximum of 50 pounds (22.6 kilograms).
   – For tickets purchased on or after January 18, 2022, and travel on or after March 1, 2022, maximum of 40 pounds (18.1 kilograms).

   b) Baggage weighing 100 or more pounds (45 kilograms) or exceeding 110 linear inches will not be accepted, with the exception of assistive devices or musical instruments.

2) The TSA website maintains a list of items that passengers are not permitted to check in baggage. See www.tsa.gov for a complete list. Baggage containing any items on that list will not be accepted.

3) An item for transportation not suitably packaged to withstand ordinary handling and turbulence, or of a size, weight, or character that renders it unsuitable for transportation will not be accepted.

4) The passenger is responsible for ensuring that all items packed in checked baggage are properly packaged and padded to resist handling and turbulence. (Refer to section 17. )



**CONTRACT OF CARRIAGE**                                                Rev81 07/26/22

5) All baggage is subject to inspection by Frontier. Frontier is not, however, obligated to perform an inspection. Frontier will refuse to transport or will remove baggage if the passenger refuses to submit the baggage for inspection.

6) Frontier will not accept baggage or other personal property for storage.

7) Frontier will check baggage only when the passenger presents a valid ticket for transportation on the applicable flight.

8) The passenger's name, address, and telephone number must appear on the baggage.

9) Frontier has the right to refuse to transport baggage on any flight other than the one carrying the passenger.

10) Baggage will not be checked:

   a) To a point that is not reflected on the passenger's ticket.

   b) Other than the passenger's destination on the applicable flight, but if the flight is a connecting flight, to the final destination, but if that connecting flight is scheduled to depart from an airport different from the one at which the passenger is scheduled to arrive then only to the destination of the first leg.

11) Live animals are not accepted as checked baggage.

12) Agricultural items, perishable items, or products that do not conform with customs or agricultural government law at the flight's destination will not be accepted.

13) Frontier will not accept for carriage any restricted/hazardous materials as defined in the DOT Hazardous Materials Regulations (49 C.F.R. §§ 171-177) and IATA Dangerous Goods Regulations. Examples of such goods are (i) liquor products over 140 proof, (ii) gasoline-powered tools, (iii) compressed gases, (iv) corrosives (such as acids and wet batteries), (v) explosives (such as dynamite and fireworks), (vi) flammables (such as matches and lighter fuels), (vii) poisons, and (viii) magnetic and radioactive materials. Electronic smoking devices (commonly referred to as e-cigarettes or personal vaporizers) pose a safety risk and are not permitted in checked baggage. These items are permitted in carry-on baggage. Spare lithium batteries are not allowed in checked baggage.

14) Perishable items must be packaged properly such that they cannot leak through their packaging. (Refer to section 17. )

D. Codeshare Flights – The baggage policy of the airline on which a passenger originally booked the codeshare flight will apply to the entire itinerary.

## 13. Carry-On Baggage

A. Passengers are permitted up to two carry-on items:

   1) One free personal item not larger than 8" x 14" x 18" (20 cm x 35 cm x 45 cm) that must fit within the personal item portion of the bag sizer.

   2) One carry-on item not larger than 10"H x 16"W x 24"L (25 cm x 40 cm x 114 cm) and weighing not more than 35 pounds (15 kilograms) that may be placed in the overhead compartment or under the seat. A fee for the carry-on item may apply based on the ticket type purchased. Active U.S. military personnel, with Common Access Card (CAC), may take a carry-on item free of charge for all types of tickets.

   3) Items that exceed these dimensions or are in excess of the allowance will be gate checked to which a fee will apply.



**CONTRACT OF CARRIAGE**                                                    Rev81 07/26/22

B. The TSA website maintains a list of items that passengers are not permitted to carry onboard an aircraft. See www.tsa.gov for a complete list. Carry-on items containing any items on that list will not be accepted.

C. The passenger is responsible for all items brought on board the aircraft. Items must be stored under a seat or in the overhead compartment.

D. Use of Portable Electronic Devices (PEDs)

1) Small authorized PEDs are devices under 2 pounds and are of a size that can easily be placed in a seat pocket along with the other materials that are normally found in the seat pocket (Passenger Safety Information Card, Menu or airsickness bag). They include devices like tablets, readers, and mobile phones and may be used during all phases of flight when in airplane mode including taxi, takeoff, and landing. However, if using them during taxi, takeoff, and landing, you must secure these devices by holding them, putting them in your pocket or holster, or placing them in a seatback pocket.

2) Large authorized PEDs are devices 2 pounds or more such as full-size laptops. They must be turned off and stowed during taxi, takeoff, and landing. You may stow them under the seat in front of you or in an overhead compartment. These devices may be used above 10,000 feet when authorized by a Flight Attendant announcement.

3) On all flights operating outside U.S. airspace, PEDs cannot be used during taxi, takeoff, and landing, but may be used in airplane mode above 10,000 feet when authorized by a Flight Attendant announcement.

E. Sound Emitting Devices - Portable electronic devices that emit sound (e.g., music or video players or games) may be used only with headphones and provided the sound, even via the headphones, cannot be heard by others.

F. Codeshare Flights – The baggage policy of the airline on which a passenger originally booked the codeshare flight will apply to the entire itinerary.

## 14. Cabin-Seat Baggage

A. Cargo stowed inside the main cabin of the aircraft and occupying a passenger seat is referred to as "Cabin-Seat Baggage." Cabin-Seat Baggage may be transported on flights operated by Frontier subject to the following conditions:

1) The full fare for the ticket for the applicable seat is paid. There is no carry-on baggage allowance or baggage allowance for that ticket. If the Cabin-Seat Baggage must be accommodated into a STRETCH seat due to its size or at the passenger's request, the STRETCH seat fee applies.

2) The Cabin-Seat Baggage must be packaged or covered in a manner to avoid possible injury to passengers and crew.

3) The Cabin-Seat Baggage must be carried aboard the aircraft by the passenger.

4) The Cabin-Seat Baggage may not weigh more than 100 pounds (45 kilograms).

5) The Cabin-Seat Baggage cannot exceed size dimensions of 57" height x 17.84" width x 9.3" depth (144.78 cm x 45.31 cm x 23.62 cm).

6) The Cabin-Seat Baggage must fit in the seat without blocking aircraft signage or extending into the aisle and be secured with a seatbelt or other approved method.

7) Certain seats may not accommodate Cabin-Seat Baggage. Frontier will assign seats as appropriate.

8) Except as provided herein, Frontier is not responsible for damage to Cabin-Seat Baggage.

9) Cabin-Seat Baggage does not count toward the passenger's baggage allowance.



**CONTRACT OF CARRIAGE**                                              Rev81 07/26/22

## 15. Conditions and Charges for Special Items

The following items are accepted as checked or carry-on baggage, subject to the conditions specified and payment of applicable fees.

*NOTE:  Refer to the Sports Equipment and Special/Fragile Items chart hosted at* www.FlyFrontier.com *for other items which have specific packaging or other requirements which need to be met in order to be transported by air. All items listed on the Sports Equipment and Special/Fragile Items chart are subject to baggage fees. Baggage fees for excess, oversize, and overweight are cumulative and all may be assessed on one item.*

A.  Firearms -- Firearms are accepted as checked baggage on flights within the United States, but not international flights. Carriage of any firearm is subject to the following conditions:

   1)  In accordance with federal law, a passenger who presents baggage that contains a firearm must (i) ensure the firearm is unloaded, (ii) pack the firearm in a lockable, hard-sided container, (iii) declare the firearm unloaded at the time of check-in, and (iv) sign a "Firearms Unloaded" declaration.

   2)  If the firearm is in a locked, hard-sided container INSIDE a piece of checked baggage, the declaration must be placed inside the checked baggage and proximate to, but not inside of, that container.

   3)  If the firearm is in a locked, hard-sided container, but NOT INSIDE a piece of checked baggage, the declaration must be placed inside the container.

   4)  After screening, the passenger must lock the firearm container and retain the key or combination.

   5)  The passenger must make arrangements for and assume full responsibility for complying with any applicable laws, customs and government regulations, or restrictions of the state or territory to which the firearm is being transported.

B.  Ammunition - Ammunition for firearms (whether or not the firearm is also being carried) is accepted as checked baggage on flights within the United States, but not international flights, subject to the following conditions:

   1)  The ammunition must be securely packed in the original manufacturer's packaging, fiber (such as cardboard), wood, or metal boxes or other sturdy and durable packaging providing sufficient cartridge separation.

   2)  Each passenger is allowed up to 11 pounds (4.9 kilograms) of ammunition.

   3)  Loaded ammunition clips and magazines must also be securely boxed.

   4)  Ammunition may be packed with the firearm.

C.  Live Animals -- Frontier accepts live animals only in the cabin of the aircraft, not as checked baggage. The transportation of live animals is subject to fees for carriage and the terms and conditions below.

   EXCEPTION:  See separate rules with respect to service animals referred to in *6. Service Animals*.

   1)  Only the following animals are permitted:

      a)  Domestic Flights -- Domesticated dogs, cats, rabbits, guinea pigs, hamsters, or small household birds.

      b)  International Flights -- Domesticated dogs and cats.

   2)  The passengers carrying the animal are responsible for making arrangements and assuming full responsibility for complying with any applicable laws, customs and other governmental regulations, requirements or restrictions of the country, state or territory to which the animal is being transported.



**CONTRACT OF CARRIAGE**                                              Rev81 07/26/22

3) The passengers carrying the animal are responsible for paying any import/export fees, duties, or taxes that may apply as well as any fines for failing to comply with applicable law.

4) International - Restrictions for travel with an animal to international destinations vary by country. Frontier recommends contacting the appropriate embassy or consulate before purchasing a ticket for travel.

5) The passengers carrying the animal are responsible for making advance reservations because no more than ten pet containers will be accepted per flight.

6) No passenger may carry more than one pet container.

7) The animal must remain in a pet container at all times and may not be fed while onboard the aircraft.

8) The pet container must be large enough for the pet to stand, turn around, and lie down in a natural position and fit underneath the seat in front of the passenger.

9) The animal may not disrupt other passengers and the passenger must be able to quiet the animal without removing it from the container.

10) The container counts toward the carry-on baggage allowance.

11) No oxygen will be administered to an animal in the event of an emergency.

D. Human Remains:

1) Crematory remains (human or animal) may be transported as carry-on or checked baggage subject to the following conditions:

   a) The container must be made of a material such as wood or plastic that can be successfully screened by the TSA. If the container cannot be screened, it will not be allowed.

   b) If the container is checked, it must be sufficiently packaged in a well-insulated and sturdy container.

   c) If the container is carried onboard the flight, it counts toward the passenger's carry-on allowance and it must meet carry-on baggage dimensions.

2) Human remains in caskets are not accepted.

E. Dry Ice (frozen carbon dioxide) -- Dry ice may be carried under the following conditions:

1) A maximum of 5.5 pounds (2.5 kilograms) of dry ice per passenger is accepted in checked or carry-on baggage.

2) The cooler or package must permit the release of carbon dioxide gas. Styrofoam containers are not accepted.

F. Bicycle - Bicycles may be carried under the following conditions:

1) The handlebars must be fixed sideways, and the pedals removed or wrapped in plastic foam or similar material and the entire bicycle is encased in a hard-sided case.

2) Bicycles may only be carried as checked baggage.

3) A fee applies for each bicycle checked as baggage.

4) Bicycles are excluded from baggage liability unless packaged in a hard-sided case.

G. Special Items - The following items may exceed carry-on baggage dimensions but may be taken as a carry-on item (and count toward the carry-on bag allowance) as long as they fit in the overhead bin: fishing rods, tennis rackets, wedding attire, poster tubes, and musical instruments. If any such items are comprised of more than one piece, they must be packaged together to be considered one item. The carry-on bag fee applies.

---

**Conditions and Charges for Special Items**                          **Pg. 16 of 25**



**C O N T R A C T   O F   C A R R I A G E**                                          Rev81 07/26/22

H. Codeshare Flights – The baggage policy of the airline on which a passenger originally booked the codeshare flight will apply to the entire itinerary.

# 16. Limitations of Liability

A. Consequential Damages – Unless it is specifically stated otherwise in this Contract of Carriage, or as required by any applicable law, Frontier is not liable for any indirect, special, or consequential damages arising out of or resulting from transportation provided, delay in transportation, or any failure to provide transportation.

B. International Transportation – With respect to international transportation, as defined in the following referenced conventions, as applicable, Frontier's liability will be limited as specified in, as and if applicable, (i) the Convention for the Unification of Certain Rules Relating to International Carriage by Air signed at Warsaw, October 12, 1929, as amended ("Warsaw Convention"), but subject to the Agreement entered into by Frontier pursuant to 14 C.F.R. Part 203 or (ii) the Convention for the Unification of Certain Rules for International Carriage by Air, signed at Montreal, May 28, 1999 ("Montreal Convention").

# 17. Claim Limits and Procedures

A. Limitations of Liability

1) Domestic Flights – With respect to domestic flights (i.e., those flights originating and ending within the United States) without any scheduled stops outside of the United States, or international flights to which neither the Warsaw Convention or the Montreal Convention apply, Frontier's limit of liability, if any, for the loss, damage or delay in the carriage of checked baggage shall be limited to $3,800 for all bags checked under a single ticketed passenger's name. Frontier will not be liable for:

   i) The following items included in checked baggage, with or without the knowledge of Frontier:

- alcohol
- antiques
- art, paintings
- art supplies
- artifacts
- bags made from lightweight material not designed for shipping
- blueprints
- books
- business documents
- CDs
- cell phones
- Cigars, cigarettes, electronic cigarettes, vape pens
- collectibles
- computer equipment (including hardware, software and all accessories)
- dentures
- drugs prohibited by federal or state law
- DVDs
- eyeglasses
- files
- food/perishables
- fragile articles or other similar valuable items and commercial effects
- hand and power tools
- heirlooms
- irreplaceable items
- jewelry
- keys
- machinery and its parts
- manuscripts
- medication
- money
- natural fur products
- negotiable papers/ instruments
- optics
- orthodontics
- orthotics
- photographic/video/ electronic equipment and accessories
- precious metals or stones
- publications
- samples
- securities
- silverware
- sound reproduction equipment
- sunglasses
- surgical supports
- toys



 ii) Articles strapped, taped, or tied to other pieces of baggage, which may become separated as a result of normal handling during transportation

 iii) Damage to the following items when not packed in a hard-sided case or other packing that is suitable for the item:

- Prosthetic devices
- Medical equipment
- Musical instruments
- Recreational or sporting equipment
- Baby items including car seats and strollers

 iv) Damage to handles, straps, wheels, and zippers arising from normal wear and tear caused by ordinary handling of baggage

 v) Damage arising from ordinary wear and tear, such as cuts, scratches, scuffs, stains, dents, punctures, marks, and dirt

 vi) Damage resulting from over-packing or misuse

 vii) Damage arising from liquids on or in baggage; including weather (e.g., rain, snow)

2) International Flights/Montreal Convention – With respect to international flights to which the Montreal Convention applies, Frontier's limit of liability, if any, for the loss, damage or delay in the carriage of baggage (whether checked or carry-on) shall be limited to 1,288 Special Drawing Rights per ticketed passenger. The conversion rate, available at www.imf.org, in effect on the date of loss will be used for determining maximum liability amount.

3) International Flights/Warsaw Convention – With respect to international flights to which the Warsaw Convention applies, Frontier's limit of liability, if any, for the loss, damage or delay of (i) checked baggage shall be limited to 17 Special Drawing Rights per pound, or actual value, whichever is less, (ii) carry-on baggage shall be limited to 332 Special Drawing Rights or actual value, whichever is less. The conversion rate, available at www.imf.org, in effect on the date of loss will be used for determining maximum liability amount. Absent evidence to the contrary, bags will be presumed to weigh 20 pounds.

4) Frontier does not accept declarations of higher value or accept fees based on such declarations.

5) Subject to the above specified limits of liability, Frontier will compensate a passenger whose baggage has been lost, damaged or delayed for reasonable, documented direct damages up to the specified limit of liability, provided the passenger has made reasonable effort to minimize the amount of damage and provided documentation of the loss. The compensation due for lost or damaged property will be determined by the lesser of the documented original purchase price less applicable depreciation or the cost to make repairs.

6) Frontier's liability for wheelchairs, mobility aids, and assistive devices used by a passenger with a disability if lost or damaged by Frontier shall be up to the original purchase price of the device without regard to the above limitations of liability.

7) Passengers who incur incidental expenses as a result of delayed baggage delivery will be reimbursed per established DOT guidelines, subject to the above limitations of liability (as applicable). Any amounts paid to the passenger for incidental expenses will be deducted from the total loss amount prior to check issuance.



**CONTRACT OF CARRIAGE**                                                    Rev81 07/26/22

8)  Frontier will not be liable for loss or damage to carry-on baggage unless such damage is caused by Frontier's or its agent's negligence, which does not include damage resulting from turbulence, shifting of items during flight, or ordinary handling, including placing the baggage in overhead compartments or under seats.

9)  Frontier's employees and agents are not liable to passengers.

B. Time Limit to Make Claims and Procedures

1)  With respect to domestic flights and those international flights to which the Montreal Convention does not apply, any claim based on damage, delay, or loss of baggage must be reported to Frontier within 4 hours of the arrival of the flight on which the loss or damage is claimed to have occurred. Claims for pilferage may be made up to 24 hours after flight arrival. Any documentation required to support the claim must be submitted within 30 days from the date the requesting passenger receives the claim form packet from Frontier; Frontier will not be liable if the completed claims are not submitted, with documentation, within that time period.

2)  With respect to international flights to which the Montreal Convention applies, in the case of baggage damage, the person entitled to delivery must submit in writing to Frontier as soon as possible after discovery of the damage, and at the latest in writing 7 days from receipt of checked baggage and in the case of delay or loss, complaints must be made at the latest within 21 days from the date on which the baggage has been placed at the passenger's disposal or should have been placed at the passenger's disposal in the case of loss. All claims must be made in writing and must be accompanied by supporting documentation. Any subsequent request for documentation from Frontier must be provided to Frontier within 21 days of the request.

## 18. Failure to Operate on Schedule or Failure to Carry

A. Liability Limited - Frontier will use reasonable efforts to transport passengers and baggage to the purchased destination, but published schedules, flight times, aircraft types, seat assignments, and similar details set forth in the ticket or Frontier's published schedules are not guaranteed and form no part of this Contract of Carriage. Frontier may substitute alternate aircraft, change schedules, delay or cancel flights, change seat assignments, and alter or omit stopping places shown on the ticket as required by its operations in Frontier's sole discretion. Frontier's obligations for failure to operate any flight, failure to operate a flight according to its schedule, or for changing the schedule or type of equipment used on any flight, with or without notice to the passenger, are set forth below.

B. Force Majeure - In the occurrence of a force majeure event, Frontier may cancel, divert, or delay any flight without liability except to provide a refund for the unused portion of the ticket.

C. Delay, Misconnection, or Cancellation - In the event (i) a passenger's flight is canceled, (ii) a passenger is denied boarding because an aircraft with lesser capacity is substituted, (iii) a passenger misses a connecting Frontier flight due to a delay or cancellation of a Frontier flight (but not flights of other carriers), (iv) a passenger is delivered to a different destination because of the omission of a scheduled stop to which the passenger held a ticket, to the extent possible, Frontier will provide transportation on its own flights at no additional charge to the passenger's original destination or equivalent destination as provided herein. Frontier will have no obligation to provide transportation on another carrier. If Frontier cannot provide the foregoing transportation, Frontier shall, if requested, provide a refund for the unused portion of the passenger's ticket in lieu of the transportation under the foregoing. The foregoing shall be the limit of Frontier's liability for the matters covered by this provision.



**C O N T R A C T   O F   C A R R I A G E**                                        Rev81 07/26/22

D. For purposes of involuntary reroute, the following groups of cities are considered to be the same point. If Frontier is able to provide transportation to one of the specified alternative cities, Frontier has met its obligation for transport to the final destination.

- Chicago-O'Hare (ORD) /Milwaukee (MKE)
- Ft. Lauderdale (FLL) /West Palm Beach (PBI) / Miami (MIA)
- Los Angeles (LAX) /Orange County (SNA)
- Madison (MSN)/Milwaukee (MKE)
- New York La Guardia (LGA) /Trenton (TTN) /Philadelphia (PHL)
- Orange County (SNA) /San Diego (SAN)
- Orlando (MCO) /St. Augustine (UST)
- Orlando (MCO) /Tampa (TPA)
- Washington Dulles (IAD) /Washington National (DCA)

E. Schedule Change Prior to Day of Travel -- When a passenger's itinerary is changed because of a modification in Frontier's schedule, arrangements will be made to:

1) Transport the passenger over its own route system to the destination; or

2) In the event Frontier determines that the schedule modification is significant, Frontier shall, if requested, provide passengers a refund of the cost of the unused portion of the ticket.

F. Extended Onboard Ground Delays -- In accordance with FAA regulations, Frontier maintains and complies with a separate Contingency Plan for Lengthy Tarmac Delays. Frontier's Contingency Plan for Lengthy Tarmac Delays may be found on Frontier's website at https://az832049.vo.msecnd.net/media/1567/f9-contingency-plan-for-extended-tarmac-delays-2015.pdf. Frontier's Contingency Plan for Lengthy Tarmac Delays is subject to change without notice and is not part of this Contract of Carriage.

# 19. Denied Boarding Compensation

When a seat cannot be provided due to an inadequate number of seats for the number of passengers holding confirmed reservations (overbooking), the actions described in this section will be taken.

A. Voluntary -- Passengers on a flight with an overbooking will be encouraged to voluntarily relinquish their seats in exchange for alternate travel and for compensation in the form of an Electronic Travel Voucher for future transportation to be booked within 365 days on Frontier. The request and selection of volunteers will be in a manner determined solely by Frontier.

B. Involuntary -- If insufficient passengers volunteer, passengers who cannot be accommodated on the flight will be denied boarding and Frontier will provide transportation on a Frontier flight to the same destination. After a passenger's boarding pass is collected or scanned and accepted by the gate agent, and the passenger has boarded, a passenger may be removed from a flight only for safety or security reasons or in accordance with Section 3 of this Contract of Carriage.

C. Amount of Compensation -- Frontier will compensate a passenger for involuntary-denied boarding based on the new arrival time after the originally scheduled arrival time as follows:

| Domestic | International | Compensation |
|---|---|---|
| New arrival time within :59 | New arrival time within :59 | No Compensation |
| New arrival time within 1 - 1:59 | New arrival time within 1 - 3:59 | 200% (2x) of the one-way fare, not to exceed $775 |

---



**CONTRACT OF CARRIAGE**                                            Rev81 07/26/22

| Domestic | International | Compensation |
|---|---|---|
| New arrival time 2 hours or more | New arrival time 4 hours or more | 400% (4x) of the one-way fare, not to exceed $1550 |

NOTE 1:   *Frontier is not obligated to provide compensation for denied boarding when an aircraft of lesser capacity is substituted due to operational or safety reasons.*

NOTE 2:   *No compensation will be due if boarding is denied for reasons other than overbooking (e.g., pursuant to applicable law or other provisions of this Contract of Carriage).*

D.  Onward Transportation for Passengers Denied Boarding

1) A passenger denied boarding, voluntarily or involuntarily, pursuant to this section, will be transported on Frontier's next available flight on which space is available and at no additional charge.

2) If a passenger who has been denied boarding, voluntarily or involuntarily, pursuant to this section, wishes to modify the travel date, if space is available, a ticket will be provided for travel within 72 hours at no additional charge.

E.  Electronic Travel Voucher

1) Involuntary Denied Boarding - Frontier may offer passengers denied boarding involuntarily an Electronic Travel Voucher good for transportation on Frontier in lieu of cash compensation otherwise due under this section. Passengers may decline such offer in favor of the applicable cash compensation. The Electronic Travel Voucher has no refund value, will expire 365 days from date of issuance, is not transferable, cannot be applied to group travel (more than nine passengers on a booking), and may be used towards a booking with multiple people as long as the passenger to whom it is issued is present in the same booking. Electronic Travel Vouchers can be applied to ancillary services (e.g., seats, baggage), fees, and taxes. If a ticket purchased with an Electronic Travel Voucher costs less than the amount of the voucher, no residual value remains. Changes to a ticket purchased with an Electronic Travel Voucher may result in a change fee and any additional fare difference based on the rules of the issued ticket.

2) Voluntary Denied Boarding - Frontier may offer passengers who volunteer for denied boarding an Electronic Travel Voucher good for transportation on Frontier. The Electronic Travel Voucher has no refund value, will expire 365 days from date of issuance, is not transferable, cannot be applied to group travel (more than nine passengers on a booking), and may be used towards a booking with multiple people as long as the passenger to whom it is issued is present in the booking. Electronic Travel Vouchers can be applied to ancillary services (e.g., seats, baggage) and fees; no taxes will be covered by the Electronic Travel Voucher. If a ticket purchased with an Electronic Travel Voucher costs less than the amount of the voucher, no residual value remains. Changes to a ticket purchased with an Electronic Travel Voucher may result in a change fee and any additional fare difference based on the rules of the issued ticket.

F.  Time of Offer and Payment of Compensation

1) The offer of compensation for overbooking will be made by Frontier on the day and at the place where the failure to provide confirmed space occurred. If accepted, compensation will be given to the passenger. If the alternative transportation arranged for the passenger's convenience departs before the payment can be made, payment will be made by mail or other means within 24 hours after the denied boarding occurs.

2) Acceptance of any Denied Boarding Compensation constitutes full compensation for damages incurred by the passenger as a result of Frontier's failure to provide the passenger with a confirmed seat.



**C O N T R A C T  O F  C A R R I A G E**                    Rev81 07/26/22

## 20.  Refunds; No-Show Cancellations and Service Charges

A. The provisions of this Section (20.A) shall apply with respect to refunds for tickets under this Contract of Carriage:

  1) All refunds will be subject to government laws, rules, regulations, or orders of the country in which the ticket was originally purchased and of the country in which the refund is being made.

  2) The first portion of any amount refunded will be the full amount of government-imposed taxes and fees, as well as certain carrier charges applied to the ticket purchase.

  3) If applicable, cancellation fees or service charges will be assessed in a separate transaction and netted against the refunded amount.

  4) No Use - If no portion of the ticket has been used, the refund amount will be equal to the fare, plus any ancillary purchases (checked or carry-on bag, seat assignments, etc.), all government-imposed charges, taxes, and fees, and certain carrier charges paid for the ticket issued to the passenger.

  5) Partial use - If a portion of the ticket has been used:

     a) One-way ticket: If travel was terminated at an intermediate or stopover point, the refund amount will be equal to the amount of the fare and all ancillary purchases (checked or carry-on bag, seat assignments, etc.) paid from the point of termination to the destination or to the point at which transportation is to resume and will be the lowest one-way fare for the class of service paid for minus any discount, plus all government-imposed charges, taxes, and fees and certain carrier charges, as proportionately attributable, which shall be reasonably determined by Frontier.

     b) Round-trip ticket purchased: the refund amount will be equal to the amount of the fare and ancillary purchases (checked or carry-on bag, seat assignments, etc.) paid on the unused portion of the ticket, plus all government-imposed charges, taxes, and fees and certain carrier charges, as proportionately attributable, which shall be reasonably determined by Frontier.

B. In addition to the provisions of Section 20.A, in situations other than No-Show Cancellations, the provisions of this Section (20.B) shall apply with respect to refunds for tickets under this Contract of Carriage:

  1) For refundable tickets that are canceled prior to flight departure, passengers should fill out an online request, available at www.FlyFrontier.com.

  2) For tickets that are canceled up to 24 hours after the time of purchase (excluding tickets purchased within seven days before travel, which will be held as a credit, less the applicable cancellation fee and certain carrier charges), passengers should cancel their tickets online at www.FlyFrontier.com.



**CONTRACT OF CARRIAGE**                                                           Rev81 07/26/22

3) <u>Payment</u> - A refund will be provided only to the original purchaser's form of payment. However, if, at the time of the application for refund, evidence is submitted that a company purchased the ticket on behalf of its employee or a travel agency has made a refund to its client, the refund will be made directly to the employee's company or the travel agency. The Table below illustrates other rules respecting payment:

| Payment Type | Refunded To |
|---|---|
| Universal Air Travel Plan | The subscriber against whose account the ticket was charged |
| Transportation Request issued by a government agency other than a U.S. government agency | The government agency that issued the transportation request |
| U.S. Government Transportation Request | The U.S. government agency that issued the U.S. Government Transportation Request with a check payable to the "Treasurer of the United States" |
| Credit Card | The account of the person to whom the credit card was issued |
| Electronic Travel Voucher | The original voucher value will be reinstated if the cancellation is within 90 days of the voucher issue date |

4) <u>Identity</u> - Frontier does not assume responsibility to confirm that the person using or presenting a ticket for refund is the true owner of the ticket.

C. In situations involving a No-Show Cancellation, in addition to the provisions of Section 20.A, the provisions of this Section (20.C) shall apply with respect to refunds for tickets under this Contract of Carriage.

1) Automatic Refund; No Additional Submission Required – In the case of a No-Show Cancellation, the refund described in Section 20.A shall be automatically refunded to the purchaser.

2) Automatic Imposition of a No-Show Cancellation Service Charge.

a) Refund – The refund described in Section 20.A shall be given, but will be netted against the No-Show Cancellation Service Charge in a separate transaction.

b) Imposition of a No-Show Cancellation Service Charge – A No-Show Cancellation Service Charge will apply with respect to the ticket (or the segment for which the No-Show Cancellation applies) in the amount of the fare plus all ancillary purchases plus all government-imposed charges, taxes and fees and certain carrier charges attributable to the fare and ancillary purchases.

c) The payment of the No-Show Cancellation Service Charge shall not entitle the purchaser (and, if different, the passenger or other party to whom a refund would otherwise be due) to transportation.

D. To the extent required by applicable law, including Code § 6415(a) and the regulations promulgated thereunder, the purchaser (and, if different, the passenger or other party to whom a refund would otherwise be due) hereby consents to Frontier recovering any allowance of a credit or refund of any overpayment of governmental fees or tax imposed, including pursuant to Code § 4261, including in each case which overpayment arises directly or indirectly as a result of a No-Show Cancellation as contemplated in this Contract of Carriage.



**CONTRACT OF CARRIAGE**                                          Rev81 07/26/22

## 21. Currency and Mode of Payment and Fees

A. Fares, fees, charges, and taxes charged or collected by Frontier are due in United States dollars, except for bookings made through available Canadian online travel sites, which are due in Canadian dollars. Any purchases made in connection with such bookings would also be due in Canadian dollars.

B. All amounts due to Frontier must be paid with a credit card. Frontier does not accept cash for any transactions, including those on Frontier's aircraft, except that Frontier may accept cash at certain international locations.

C. Frontier does not accept personal checks, traveler's checks, certified (cashier's) checks, or money orders.

D. A service charge will apply to any improper chargeback on a credit card and may be charged to the same credit card via which the chargeback is made.

## 22. Miscellaneous

A. Subordination to Law - In all cases, this Contract of Carriage will be subordinate to any applicable law.

B. Metric References - Conversion of British units to metric units are approximate and for reference only. The British unit will apply.

C. Change Without Notice - Except as may be required by applicable laws, government regulations, orders, and requirements, Frontier reserves the right to amend this Contract of Carriage without notice, provided that no such change shall apply to carriage that has commenced.

D. No Waiver/Modification of Terms - No employee or agent of Frontier has the authority to waive, modify, or alter any provisions of the Contract of Carriage unless authorized by a corporate officer of Frontier. Accommodations provided beyond what is required by the Contract of Carriage do not alter the Contract of Carriage. Frontier's employees and agents, including third party travel agents and online travel sites, are only authorized to sell tickets for air transportation on Frontier subject to the Contract of Carriage.

E. Changes in Rules, Fares, and Charges - Unless otherwise provided within specific fare rules, transportation is subject to the rules, fares, and charges in effect on the date a ticket is issued, determined by the validation stamped or imprinted on the ticket, or valid electronic ticket.

F. Taxes and Charges - When the ticket is issued for the effective date, all government, airport, vendor, or other charges that apply to passenger travel into foreign countries are the responsibility of the passenger to whom the ticket was originally issued and are in addition to the published fare and charges.

G. Fares/Charges - Specific fares and charges information is available through Frontier reservations offices and at www.FlyFrontier.com.

H. No Class Action - Any case brought pursuant to this Contract of Carriage, Frontier's Tarmac Delay Plan, or Frontier's Customer Service Plan may be brought in a party's individual capacity and not as a plaintiff or class member in any purported class or representative proceeding.

I. Time Limit for Action - No legal action may be brought by a passenger against Frontier unless commenced within 6 months from the date of the alleged incident.

J. Choice of Law - This Contract of Carriage will be governed by and construed in accordance with the laws of the United States of America and the State of Colorado without regard to conflict of law principles or law. All right to trial by jury in any action, proceeding or counterclaim arising out of or in connection with this Contract of Carriage is irrevocably waived.



**CONTRACT OF CARRIAGE**                                                                                    Rev81 07/26/22

K.  Codeshare Flights – Except for baggage policies (see section 12. , section 13. , and section 15. ), the policies, rules, and procedures of the operating airline will apply on any codeshare flight.