IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-02431-CNS-STV

WILLIAM MARVIN KLAES, individually
and on behalf of others similarly situated,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Frontier Airlines, Inc. hereby discloses as follows:

Frontier Airlines, Inc. is a Colorado corporation with its principal place of business in Colorado. Frontier Airlines Holdings, Inc., a Delaware corporation, is the 100% owner of Frontier Airlines, Inc.

Respectfully submitted December 12, 2023

    */s/ Anna S. Day*
    Anna S. Day, #50725
    Holland & Knight LLP
    1801 California Street, Suite 5000
    Denver, Colorado 80202
    Telephone: (303) 974-6660
    Facsimile: (303) 974-6659
    Email: anna.day@hklaw.com

    *Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of December, 2023, a true and correct copy of the foregoing was filed via CM/ECF and served electronically through CM/ECF on the following:

Blake Garrett Abbott
Paul J. Doolitte
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: blake@akimlawfirm.com
        paul.doolittle@poulinwilley.com

*Attorneys for Plaintiff*

                                              */s/ Anna S. Day*
                                              Anna S. Day

1