**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02431-CNS-STV

WILLIAM MARVIN KLAES, individually
and on behalf of others similarly situated,

      Plaintiff,

v.

FRONTIER AIRLINES, INC.,

      Defendant.

---

**DEFENDANT'S NOTICE OF RELATED CASE**

---

      Pursuant to D.C.COLO.LCivR 3.2, Defendant Frontier Airlines, Inc. ("Frontier") hereby provides the following notice of related case:

      1.      Plaintiff filed this putative class action on or about September 18, 2023, seeking a declaratory judgment, injunctive relief, and damages relating to a flight credit or voucher that Plaintiff alleges he was issued for travel on Frontier but was unable to use because it had expired. (Doc. 1.)

      2.      Plaintiff asserts a nationwide class of "[a]ll persons in the United States who received a Voucher from Defendant from 2020 to the Present." (*Id.*) Plaintiff asserts eight causes of action against Frontier: (1) negligent misrepresentation, (2) unjust enrichment, (3) breach of express warranty, (4) breach of implied warranty of fitness for a particular purpose, (5) breach of

implied warranty of merchantability, (6) breach of contract, (7) fraud, and (8) fraudulent misrepresentation and/or inducement.  (*Id.*)

3.　　　This action is related to *Jeriyma Hartsfield, et al. v. Frontier Airlines, Inc., et. al*, pending in the United States District Court for the District of Colorado, Case No. 1:23-cv-02093-RMR-KAS.  In this putative class action initiated on August 17, 2023, plaintiffs seek a declaratory judgment, injunctive relief, and damages relating to the alleged sale and use of an "All-You-Can-Fly Pass" ("Pass") that plaintiffs claimed to have purchased for travel on Frontier Airlines, Inc.  Plaintiffs allege that they were unable to book their travel with the Pass, and were denied a refund.

4.　　　Both the instant action and the *Hartsfield* case are consumer fraud putative class actions, and involve similar defenses, including *inter alia*, class action waiver and preemption under the Airline Deregulation Act.  Further, the plaintiffs in both cases are represented by the same law firm, and the defendants have the same defense counsel in both cases.

　　　Respectfully submitted December 12, 2023

>　　　*/s/ Anna S. Day*
>　　　Anna S. Day, #50725
>　　　Holland & Knight LLP
>　　　1801 California Street, Suite 5000
>　　　Denver, Colorado 80202
>　　　Telephone: (303) 974-6660
>　　　Facsimile: (303) 974-6659
>　　　Email: anna.day@hklaw.com
>
>　　　*Attorney for Defendant Frontier Airlines, Inc.*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December, 2023, a true and correct copy of the foregoing was filed via CM/ECF and served electronically through CM/ECF on the following:


Blake Garrett Abbott
Paul J. Doolitte
Poulin Willey Anastopoulo, LLC
32 Ann Street
Charleston, SC 29403
803-222-2222
Email: blake@akimlawfirm.com
         paul.doolittle@poulinwilley.com

*Attorneys for Plaintiff*

/s/ *Anna S. Day*
Anna S. Day

2