IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

WILLIAM MARVIN KLAES, individually and on behalf of all others similarly situated,

*Plaintiff*,

vs.

FRONTIER AIRLINES, INC.,
*Defendant*.

Case No.: 1:23-cv-02431-CNS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff William Klaes, by and through his undersigned counsel, and Defendant, Frontier Airlines, Inc., by and through its undersigned counsel, and, being all of the parties to this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice, and each party to bear his or its own costs, expenses and fees.

Dated: December 21, 2023

By: */s/Blake G. Abbott*
Blake G. Abbott
**POULIN, WILLEY, ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
843-614-8888
Email: blake@akimlawfirm.com

*Attorney for Plaintiff*

By: */s/Anna S. Day*
Anna S. Day, #50725
Holland & Knight LLP
1801 California Street, Suite 5000
Denver, Colorado 80202
Telephone: (303) 974-6660

1

2

Facsimile: (303) 974-6659
Email: anna.day@hklaw.com

*Attorney for Defendant Frontier Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2023 a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to counsel of record for all parties. Parties may access this filing through the Court's system.

*/s/Blake G. Abbott*
Blake G. Abbott

2